**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Winding Creek Solar LLC, | No. C 13-04934  RS |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| California Public Utilities Commission, | |
| Defendants. | |

For good cause shown, the Court hereby enters the parties Stipulation to Extend Time for Defendant to Respond to Complaint.   The schedule in this case is hereby modified as follows:

Defendant's response is now due by December 18, 2013.

IT IS SO ORDERED.

DATED:    November 13, 2013

_____
RICHARD SEEBORG
United States District Judge

ORDER