IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Winding Creek Solar LLC,<br><br>      Plaintiff,<br>  v.<br>California Public Utilities Commission,<br><br>      Defendants.<br>_____/ | No. C 13-04934  RS<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR ORDER PERMITTING APPEARANCE TELEPHONICALLY AT THE JANUARY 23, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Plaintiff's motion for administrative relief for an order permitting it to appear telephonically at the January 23, 2014 hearing on defendant's motion to dismiss is denied.

In this court's experience, telephonic hearings on substantive motions are no substitute for oral argument where counsel are physically present and often entail the problem of all participants talking over each other.  In the event that both parties request the submission of the motion without oral argument, the court will consider that request.

IT IS SO ORDERED.

DATED:   January 6, 2014

_____
RICHARD SEEBORG
United States District Judge

ORDER