1  FRANK R. LINDH (CSB# 157986)
   HARVEY Y. MORRIS (CSB# 87902)
2  ELIZABETH M. MCQUILLAN (CSB# 106085)
   GREGORY HEIDEN (CSB# 215493)
3  LUISA F. ELKINS (CSB# 286703)
   California Public Utilities Commission
4  505 Van Ness Avenue
   San Francisco, CA  94102
5  Telephone: (415) 703-1471
   Facsimile:  (415) 703-2262
6  emm@cpuc.ca.gov
7  Attorneys for Defendant
   California Public Utilities Commission

8
   THOMAS MELONE
9  MICHAEL MELONE
   Allco Renewable Energy Limited
10 14 Wall St., 20th Floor
   New York, NY 10005
11 Telephone: (212) 681-1120
   Facsimile: (801) 858-8818
12 Thomas.Melone@AllcoUS.com
13 MJMelone@AllcoUS.com
   Attorneys for Plaintiff

14

15              **UNITED STATES DISTRICT COURT**

16          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19 WINDING CREEK SOLAR LLC,          No. C 13-04934 RS

20              Plaintiff,           **STIPULATION TO CONTINUE CASE**
                                     **MANAGEMENT CONFERENCE AND**
20      vs.                          **ADR DEADLINES; ~~PROPOSED~~ ORDER**

21

22 CALIFORNIA PUBLIC UTILITIES
   COMMISSION,
23              Defendant.

24

25      Pursuant to Civil Local Rule 6-2, Plaintiff Winding Creek Solar LLC ("Winding

26 Creek") and Defendant California Public Utilities Commission ("CPUC"), by and through their

27 respective undersigned counsel, request that the Case Management Conference scheduled for

28 February 6, 2014 and any ADR deadlines be vacated, and be re-set, if necessary, after the Court

1   has ruled on the CPUC's pending Motion to Dismiss the Complaint.   This Stipulation is

2   accompanied by the Declaration of Elizabeth Marie McQuillan, filed herewith.

3       **IT IS SO STIPULATED.**

4   Dated:  January 27, 2014

5                     THOMAS MELONE

6

              By:   /s/  THOMAS MELONE

7                     ————————————————

8                      Thomas Melone
                   Attorney for Plaintiff

9                      Winding Creek Solar LLC

10

11                     FRANK R. LINDH
                   HARVEY Y. MORRIS

12                     ELIZABETH MARIE MCQUILLAN

13

              By:   /s/  ELIZABETH MARIE MCQUILLAN

14                    ————————————————————

15                     Elizabeth Marie McQuillan
                   Attorneys for Defendant

16                     California Public Utilities Commission

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  Dated:   1/28/14   ————————————————————

21                   The Honorable Richard Seeborg
                 United States District Court Judge

22

23

24

25

26

27

28

STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
Case No. 13-04394 RS