Case 3:13-cv-04934-JD   Document 50   Filed 05/12/14   Page 1 of 2

THOMAS MELONE (*pro hac vice*)
MICHAEL MELONE (*pro hac vice*)
ALLCO RENEWABLE ENERGY LIMITED
14 Wall St., 20th Floor
New York, NY 10005
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com
MJMelone@AllcoUS.com

*Attorneys for Plaintiff*

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3906
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Local Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDING CREEK SOLAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PEEVEY, MICHAEL FLORIO, CATHERINE SANDOVAL, CARLA PETERMAN AND MICHAEL PICKER, in their official capacity as Commissioners of the California Public Utilities Commission,<br><br>Defendants. | Case No. C 13-04934 JD<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Plaintiff Winding Creek Solar LLC hereby associates as counsel of record in this action the law firm of Jenner & Block LLP. All further notice and copies of pleadings, papers, and other material relevant to this action should also be directed to and served upon:

/ / /

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

NOTICE OF ASSOCIATION OF COUNSEL
CASE NO. C-13-04934 JD

Matthew E. Price (DC No. 996158; Mass. Bar No. 668990) (*pro hac vice pending*)
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel:  (202) 639-6873
Fax:  (202) 661-4802
Email:  mprice@jenner.com

Dated: May 12, 2014                           Respectfully submitted,

                                         /s/ Thomas Melone
                                        Thomas Melone (*pro hac vice*)
                                        *Attorneys for Plaintiff*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                        /s/Jaime G. Touchstone
                                        Jaime G. Touchstone