# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: 5/21/14      Judge: James Donato

Time: 1 hour

Case No.      C-13-04934-JD
Case Name      Winding Creek Solar LLC v. California Public Utilities Commission

Attorney(s) for Plaintiff(s):      Jamie L. Dupree/Matthew Eben Price
Attorney(s) for Defendant(s):      Elizabeth Marie McQuillan/Harvey Yale Morris

Deputy Clerk: Lisa R. Clark      Court Reporter: Debra Pas

## PROCEEDINGS

Motion to Dismiss for Lack of Jurisdiction Plaintiff's First Amended Complaint filed by Michael Florio, Michael Peevey, Carla Peterman, Michael Picke - Held

## RESULT OF HEARING

Oral argument held. Matter submitted. Court will issue order.
In future briefing, if any, parties are directed to file a joint table of acronyms, as well as appendices of key FERC cases and CFR regulations.