UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDING CREEK SOLAR LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL PEEVEY, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-04934-JD<br><br>**ORDER RE AMICI CURIAE**<br><br>Re: Dkt. No. 103 |

The Court grants as modified the parties' stipulation for *amici curiae*. Dkt. No. 103. The parties are directed to send the attached "Invitation for Briefing" to potentially interested persons or entities as discussed at the November 4, 2015 hearing, for example, state-regulated utilities (and PG&E in particular), consumer groups, FERC, and other Qualifying Facilities. *See* Dkt. No. 100. The parties are to jointly file with the Court by December 4, 2015, a list of all persons and entities to whom they sent the invitation. The list should also note how and when notice was provided to each invitee.

As discussed at the hearing, neither side is to pay any party to act as a friend of the court. Plaintiff and defendants may simultaneously file any responsive briefs to the *amicus curiae* briefs within 15 days after the filing of the amicus briefs, but in no event later than February 2, 2016. The parties' responses are to be limited to a single brief per side of 15 pages or less that addresses all amicus briefs.

**IT IS SO ORDERED.**

Dated: November 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge