UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 14, 2017

Judge: Hon. James Donato

Time: 17 Minutes

Case No.     **C-13-04934-JD**
Case Name    **Winding Creek Solar LLC v. California Public Utilities Commission**

Attorney(s) for Plaintiff(s):   Matthew E. Price
Attorney(s) for Defendant(s):   Traci L. Bone/Harvey Y. Morris

Deputy Clerk: Lisa R. Clark                                 Court Reporter: Kathy Sullivan

PROCEEDINGS

Telephonic Status Conference - held

NOTES AND ORDERS

The Court discusses the upcoming bench trial with the parties. The trial will proceed on April 4, 2017, on the disputed issue of material fact identified in Dkt. No. 117: whether the CPUC's standard contract complies with 18 C.F.R. § 292.304(d)(2). All witnesses, documents and evidence should be directed solely to that issue.

The CPUC's request to expand the trial to other purported issues of fact is denied without prejudice. The CPUC did not argue in opposition to Winding Creek's summary judgment motion that any disputes of fact precluded summary judgment. The CPUC may file by **5:00 p.m. on March 21, 2017**, a statement not to exceed seven pages explaining why it believes good cause exists to re-open the summary judgment proceedings to allow it to assert disputed issues of fact about the Re-MAT issue. The Court would benefit most from a clear statement about why the CPUC did not raise that argument previously and why it is fair and necessary to re-open the issue now. Winding Creek need not respond unless directed to by the Court.