AROCLES AGUILAR (CSB 94753)
HARVEY Y. MORRIS (CSB 87902)
TRACI L. BONE (CSB 172580)
CHRISTINE J. HAMMOND (CSB 206768)
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 703-1086
Facsimile: (415) 703-4592
hym@cpuc.ca.gov

Attorneys for Defendants Clifford Rechtschaffen,
Martha Guzman Aceves, Carla Peterman, Michael Picker,
and Liane Randolph, in their official capacities as Commissioners
of the California Public Utilities Commission

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDING CREEK SOLAR LLC,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL FLORIO, CATHERINE SANDOVAL, CARLA PETERMAN, MICHAEL PICKER, and LIANE RANDOLPH, in their official capacity as Commissioners of the California Public Utilities Commission,<br><br>                    Defendants. | Case No. 13-04934 JD<br><br>**DECLARATION OF CHERYL LEE FOR DEFENDANTS COMMISSIONERS OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION IN SUPPORT OF DEFENDANTS' STATEMENT AS TO WHY GOOD CAUSE EXISTS TO REOPEN SUMMARY JUDGMENT PROCEEDINGS**<br><br>Trial Date: April 4, 2017<br>Time: 9:00 a.m.<br>Courtroom 11, 19th Floor |

I, Cheryl Lee, declare that:

1. I work for the California Public Utilities Commission ("CPUC" or "Commission") in its San Francisco offices located at 505 Van Ness Avenue, San Francisco, CA 94102. I am currently a Program and Project Supervisor of the CPUC Energy Division's Procurement and Market Development section, also known as the Renewables Portfolio Standard (RPS) Section. The RPS Section is responsible for implementing and overseeing California's RPS program. At various times since 2009 I have been the lead analyst on annual RPS procurement plans, RPS policy implementation, and RPS distributed generation programs. The RPS distributed generation programs include the Renewable Auction Mechanism (RAM), the Renewable Market Adjusting Tariff (ReMAT), and utility-specific solar photovoltaic (PV) programs.[1]

2. Attached hereto as Exhibit (Ex.) 1 is a true copy of my Unretained Expert Report provided to Winding Creek Solar, LLC (WCS) on February 24, 2017 (Expert Report). At ¶ 54 I make the following statement with regard to the application of the statewide cap on PG&E's portion of the ReMAT program:

> Assuming that PG&E signs contracts for the full five MW per program period and no new terminations occur prior to reaching project operation, which would result in capacity being added back to the product category, the soonest that PG&E could deplete the remaining 35.7 MW and close this part of the program would be April 2020, which is 24 months after 8 program periods.

3. I would like to clarify this statement by replacing it with the following:

> Based on information provided on PG&E's ReMAT website as of approximately February 24, 2017, assuming that PG&E signs contracts for the full five MW per program period, the program would not meet PG&E's statewide cap for at least 16 months. When the cap is met, the

---

[1] The California Solar Initiative ("CSI") and Net Energy Metering/Net Surplus Compensation ("NEM") programs are renewable programs, but are not part of the California RPS programs that I manage.

program remains open for two years to permit contracting for any MWs that are terminated during that time. Consequently, the soonest that the program can be fully subscribed is approximately July 2018 and the soonest it can be closed to any further contracts is approximately July 2020.

4. The CPUC was not in a position to provide this information to the Court in August 2015 when its Opposition to WCS's Motion for Summary Judgment (ECF 90) was filed because the ReMAT program was in a different stage at that time. ReMAT became operational in October 2013, and had a great deal of solar PV generator interest in the as available peaking category for which WCS would qualify. Since the end of 2015, a number of the solar PV generators who obtained ReMAT contracts from PG&E in that product category have had their contracts terminated, such that a significant amount of program capacity started to become available in 2016.

5. The status, as of approximately February 24, 2017, of each generator with a contract in PG&E's portion of the ReMAT program is reflected on an 11" x 17" spread sheet provided in hard copy to WCS on February 28, 2017, during my deposition, and attached hereto as Ex. 2 in 8.5" x 11" format. A smaller, illegible copy is included as Ex. 2 to my deposition. I obtained the spreadsheet from PG&E's publicly available ReMAT website on or about February 24, 2017.[2] PG&E is required to publicly maintain the spreadsheet and update the information in the spreadsheet ten days after contracts are signed for a ReMat auction period. The Ex. 2 spreadsheet attached hereto has been modified to highlight the as available peaking contracts that use solar photovoltaic (Solar PV) technology. These projects are WCS's competitors.

6. The Ex. 2 spreadsheet shows that there have been approximately 37 MWs under contract with PG&E for Solar PV as available peaking energy during the term of

2
DECL. OF CHERYL LEE FOR DEFENDANTS
Case No. 13-04934 JD

| 1 | ReMAT, and that approximately 22 of those MWs have been cancelled since initiation |
| 2 | of the program, and therefore put back into the ReMAT program's as available |
| 3 | peaking category so that other generators may bid to supply that energy. |

7. The Ex. 2 spreadsheet also shows that one Solar PV generator, Enerpac CA2, LLC, executed a ReMAT contract on April 29, 2014 at a price of $77.23 / MWh to provide 1.5 MWs of as available peaking energy and became operational on March 23, 2016. Thus, while I understand WCS was unwilling to execute a contract at that price, at least one generator was willing and able to become operational at that price.

8. The Ex. 2 spreadsheet also shows that prices have gone lower. Another Solar PV generator, Pristine Sun Fund 6, LLC, executed a ReMAT contract on June 27, 2014 for $65.23 / MWh to provide .5 MWs of as available peaking energy and became operational on December 19, 2016.

9. The Ex. 2 spreadsheet shows that there are three more Solar PV Pristine Sun Fund 2, LLC projects for 1.25, 2.3 and 0.75 MWs, for a total of 4.3MWs that are on schedule to be operational March 11, 2017 at a price of $57.23 / MWh. PG&E's more recent report, updated since the time of my deposition, shows that the 1.25 and 0.75 MW projects have been terminated and that only the 2.3 MW project is still on schedule. The terminated MWs will be put back into the ReMAT as available peaking category for other generators to bid to supply that energy. The Ex. 2 spreadsheet also shows that there are two other Solar PV projects from the same developer for the same price of $61.23/MWh for 1.75 and .333 MWs that are on schedule to be operational in 2018.

---

[2] The spreadsheet is available at
*https://pge.accionpower.com/ReMAT/documents.asp?strFolder=c. PPAs Awarded/&filedown=&HideFiles=True*

1  10.  Finally, the Ex. 2 spreadsheet shows that there is one Solar PV project by Greenlight
2       Energy Corporation for 1.5 MWs of as available peaking energy at a price of $61.23
3       that is on schedule to be operational in 2018.

4  11.  It was not until I was asked to prepare my Expert Report in anticipation of the trial set
5       for April 4, 2017, in this case that I reviewed the spreadsheet on PG&E's website, and
6       quantified the impact of the statewide cap on PG&E's portion of the ReMAT program
7       to reach the conclusions I made in ¶ 54.

8  12.  I would also like to make the following addition, as shown in underline, to ¶ 59, lines
9       2-3 of my Expert Report:

10          Table 2 on page 21 of the June 2016 California Solar Initiative: Annual
            Program Assessment shows the total solar interconnections compared to
11          the number of interconnected systems on solar NEM tariffs in IOU
            territories.
12

13     I declare under penalty of perjury that the foregoing is true and correct to the best of my
14  knowledge.
15

16     Executed this 21st day of March, 2017.
17

18
                                        _____
19                                      Cheryl Lee
                                        Program and Project Supervisor
20                                      California Public Utilities Commission
21

22

23

24

25

26

27

28                                      4
                          DECL. OF CHERYL LEE FOR DEFENDANTS
                                  Case No. 13-04934 JD

**EXHIBIT 1**


**DEFENDANTS' UNRETAINED EXPERT REPORT – CHERYL LEE**

AROCLES AGUILAR, SBN 94753
HARVEY Y. MORRIS, SBN 87902
TRACI L. BONE, SBN 172580
CHRISTINE J. HAMMOND, SBN 206768
California Public Utilities Commission
505 Van Ness Avenue, Room, 5138
San Francisco, CA 94102
Telephone:  (415) 703-1086
Facsimile:  (415) 703-4592
Email:      hym@cpuc.ca.gov

Attorneys for Defendants
Michael Picker, Michael Florio,
Catherine Sandoval, Carla Peterman, and Liane Randolph,
in their official capacities as Commissioners of the
California Public Utilities Commission

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDING CREEK SOLAR LLC, | Case No.: **3:13-cv-04934-JD** |
| Plaintiff, | |
| vs. | **DEFENDANTS' UNRETAINED EXPERT REPORT – CHERYL LEE** |
| MICHAEL FLORIO, CATHERINE SANDOVAL, CARLA PETERMAN, MICHAEL PICKER, and LIANE RANDOLPH, in their official capacities as Commissioners of the California Public Utilities Commission, | |
| Defendants. | |

# INTRODUCTION, QUALIFICATIONS, AND SUBJECT MATTER OF REPORT

## What is your name and background?

1. My name is Cheryl Lee. I am currently a Program and Project Supervisor in the Energy Division at the California Public Utilities Commission ("CPUC" or "Commission"). I work at 505 Van Ness Avenue, San Francisco, CA 94102.

2. I earned a Bachelor's of Science degree in Environmental Sciences and a minor in Public Policy from the University of California, Berkeley. I also hold a Master's in Environmental Science and Policy from the Bren School of Environmental Science and Management at the University of California, Santa Barbara. My academic areas of specialty include energy, water, and climate change policy.

3. I started working at the Commission in September 2007 for the Commission's Energy Division. From 2007 to 2016, I was an analyst in the Energy Division's Renewable Procurement and Market Development section, also known as the Renewables Portfolio Standard ("RPS") section. The RPS section is responsible for implementing and overseeing California's RPS program. At various times since 2009 I have been the lead analyst on annual RPS procurement plans, RPS policy implementation, and RPS distributed generation programs. The RPS distributed generation programs include the Renewable Auction Mechanism ("RAM"), feed-in-tariffs, and utility-specific Solar Photovoltaic programs.[1]

4. The feed-in-tariff programs consist of the Renewable Market Adjusting Tariff and the Bioenergy Market Adjusting Tariff, also known as "ReMAT" and "BioMAT," respectively. Currently, as Program and Project Supervisor of the Renewable Procurement and Market Development section I am responsible for the implementation and oversight of all RPS programs, including ReMAT.

---

[1] The California Solar Initiative ("CSI") and Net Energy Metering ("NEM") programs are renewable programs, but are not part of the California RPS programs that I manage.

5. This expert report is being provided as part of my duties as a Program and Project Supervisor in the Energy Division at the Commission. I am not receiving any additional compensation for this work.

6. My duties as an employee of the Commission do not regularly require me to give expert testimony in proceedings and I have not appeared as an expert witness in any other proceeding. However, I was designated as the Commission's person most knowledgeable about the ReMAT program in *Solutions for Utilities, Inc. et al. v. CPUC,* CD Cal. Case No. CV11 04975 SJO, in which the Court granted the Commission's motion for summary judgment on December 28, 2016. I was not deposed and I did not testify in that case.

## What is the subject matter of your report?

7. My goal is to explain the ReMAT feed-in-tariff program, how it works, including how the price is adjusted due to market indicators, how the contract price is calculated applying the Time of Delivery ("TOD") factors, and how many megawatts ("MW") of generation are under feed-in-tariff contracts in California. I am also sponsoring evidence regarding the amount of small solar generation installed under the California Solar Initiative ("CSI") program.

## What is your report based on?

8. This report is based on my ten years of experience working on renewable energy issues in California for the Commission's RPS section, with an emphasis on my work implementing the Commission's RPS program, including ReMAT.

9. To the extent I rely on "evidence" or other sources for my opinions, such as Commission decisions or federal regulations, those sources are cited in this report and are generally publically available.

# DISCUSSION

## Briefly describe California's Renewables Portfolio Standard.

10. Established in 2002 under Senate Bill ("SB") 1078, accelerated in 2006 under SB 107 and expanded in 2011 under SB 2 (1X) and again in 2015 under SB 350, California's RPS is one of the most ambitious renewable energy standards in the country. The RPS program requires investor-owned utilities ("IOUs"), electric service providers ("ESPs"), and community choice aggregators ("CCAs") to increase procurement from eligible renewable energy resources to 33% of total procurement by 2020 and 50% by 2030.[2]

9. The Commission implements and administers RPS compliance rules for California's retail sellers of electricity, which include the IOUs, ESPs, and CCAs. This includes establishing the terms and conditions of procurement and ensuring cost-containment to protect ratepayers. The California Energy Commission (CEC) is responsible for the certification of electrical generation facilities as eligible renewable energy resources, verification of RPS energy, and adopting regulations for the enforcement of RPS procurement requirements of Publicly Owned Utilities (POUs).

## What is the ReMAT program?

11. The ReMAT program is a market-based RPS program that provides a feed-in-tariff for renewable generators sized up to 3 megawatts (MW). It was designed as an alternative contracting mechanism to encourage the procurement of power from small renewable generators who could not otherwise compete against larger generators in the standard RPS solicitations that occurred in the earlier years of the RPS program.

---

[2] Many of the legal requirements for the RPS program are codified starting at Public Utilities Code Section 399.11.

12.   A feed-in-tariff or "FIT" is a policy mechanism designed to accelerate investment in and deployment of renewable energy. It achieves this by offering long-term contracts to renewable energy producers, typically differentiated by technology. Thus, rather than paying the same price for energy prices are varied to support a diverse set of technologies.

13.   In addition, feed-in tariffs often include "tariff degression," a program mechanism whereby the price (or tariff) ratchets down over time. This is done in order to track and encourage technological cost reductions. These degressions, though, do not affect the already executed long-term contracts. The goal of feed-in tariffs is to offer reasonable compensation to renewable energy producers, provide price certainty, and long-term contracts that help finance renewable energy investments.

14.   The ReMAT program is the second version of California's renewable feed-in-tariff. The feed-in-tariff program began in 2006 with Assembly Bill ("AB") 1969 (Yee) with the intent to encourage electrical generation from small distributed generation facilities.[3] It was initially only available to public water and wastewater facilities with generating facilities.

15.   SB 380 (Kehoe), SB 32 (Negrete McLeod), and SB 2 (1X) (Simitian) increased the eligible facility size from 1.5 MW to 3 MW, expanded the program to all renewable technologies, expanded the program to publicly owned utilities, increased the statewide cap from 250 MW to 750 MW, and modified how the price was to be set for the feed-in-tariff contract. In addition SB 1122 (Rubio) modified Public Utilities Code § 399.20(f)(2) to add an additional 250 MW for bioenergy specific feed-in-tariffs.

16.   The Commission implemented these legislative modifications[4] in Commission Decisions (D.) 12-05-035 (establishing the price mechanisms) and 13-05-034

---

[3] Codified at Public Utilities Code Section 399.20, but since amended.

[4] *Amending* Public Utilities Code Section 399.20.

(establishing the standard contract). These decisions created the current form of the feed-in-tariff program, named "ReMAT" to reflect the program's adjusting price (Renewable *Market Adjusting* Tariff).

17.  The ReMAT version of California's feed-in-tariff program became operational in October 2013.

18.  While the Commission relied primarily on the statutory requirements set forth in Public Utilities Code § 399.20 to create the ReMAT program, it also articulated a set of policy guidelines that it relied upon in creating the ReMAT program. It explained the balance it sought to strike between creating a market for small renewable generators while ensuring that ratepayers receive the value of falling prices due to technology advancements:

> …[W]e seek to create a market for small renewable distributed generation that harnesses renewable market forces to set a program price that minimizes costs to ratepayers, prevents overpayment, and stimulates market demand. We also seek to maximize contract value to the ratepayer and utility by using the market to determine the price and to prevent speculative projects from occupying limited program capacity. Also similar to the RAM Program, we seek to create a straightforward program that is easy to administer. Lastly, we seek to limit project development to areas within the existing infrastructure on the distribution system and avoid costly, lengthy, and controversial transmission system network upgrades. In summary, these five policy guidelines are as follows:
>
> 1.  Establish a feed-in tariff price based on quantifiable ratepayer avoided costs that will stimulate market demand;
> 2.  Contain costs and ensure maximum value to the ratepayer and the utility;
> 3.  Ensure administrative ease and lower transaction costs for the buyer, seller, and regulator;

    4. Use existing transmission and distribution infrastructure efficiently; and

    5. Establish project viability criteria to increase probability of successful projects within the program.[5]

19. Additionally, because the Commission was setting a wholesale price for power, which it may only do under PURPA, D.12-05-035 relied upon the recent FERC precedent obtained through the Commission's Request for Clarification to FERC regarding the calculation of avoided cost. This precedent permitted the Commission to develop technology-specific avoided costs which FERC had previously disallowed.[6]

20. Re-MAT includes three principle components: (1) three different prices based on three different feed-in-tariff product types: baseload, peaking as-available, and non-peaking as-available (these prices are utility-specific); a (2) two-month price adjustment mechanism that may increase or decrease the price for each product type every two months based on the market response; and (3) payments based on a time-of-delivery adjustment based on the generator's actual energy delivery profile and the individual utility's time-of-delivery factors.

## Please explain what a "baseload," "peaking as-available," and "non-peaking as-available" "product" is.

21. "Baseload," "peaking as-available," and "non-peaking as-available" are all different types of energy "products" that reflect when the energy can be made

---

[5] D.12-05-035, pp. 18-19.

[6] D.12-05-035, pp. 11-12 quoting *California Public Utilities Commission* (2010) 133 FERC ¶61,059, ¶ 26 ("in determining the avoided cost rate... the state may take into account obligations imposed by the state that, for example, utilities purchase energy from particular sources of energy or for a long duration.").

available. The technology of the generator is often a factor in the type of "product" the generator can commit to provide.

22. Baseload projects provide firm energy deliveries during all hours (e.g., geothermal); as-available peaking projects provide non-firm energy deliveries during peak use hours (e.g., solar); and non-peaking as-available projects provide non-firm energy deliveries during non-peak use hours (e.g., wind and hydro).

23. Each type of energy product has a different value, with non-peaking as-available energy usually providing the least value.

24. The ReMAT program establishes a market price for each of these products within each of the IOUs service areas.

## Please provide more details about the ReMAT program.

25. In implementing ReMAT, the Commission allocated the program's mandated 750 MWs to the IOUs based on their proportional load share.[2] This resulted in a 493.6 MW ReMAT program split among California's three largest IOUs.

- Pacific Gas & Electric (PG&E): 218.8 MW
- Southern California Edison (SCE): 226.0 MW
- San Diego Gas & Electric (SDG&E): 48.8 MW

26. The program capacity was equally distributed between the three product categories discussed above (as-available peaking, as-available non-peaking, and baseload).

27. After PG&E's executed contracts from the original feed-in-tariff program were subtracted from its allocation, PG&E's initial ReMAT program period still had 36.679 MW in the peaking as available product category.

---

[2] Public Utilities Code §399.20(f) sets the program cap and how the MWs are to be allocated.

**How does the program queue part of the ReMAT program work?**

28. A developer or generator that meets the program requirements submits a program participation request to the IOU in whose service territory the developer intends to site its project. Thus, if a developer decides to site the project in the area that PG&E provides electrical service to, then the developer must submit its participation request to PG&E. After the program administrator - the IOU - determines that the project meets the ReMAT program eligibility requirements , the developer is placed into the IOU's ReMAT queue on a first-come, first-served basis. If the developer disputes the IOU's finding of not meeting the ReMAT eligibility requirements, then the developer may file a formal complaint with the Commission pursuant to Section 1702 of the California Public Utilities Code.

29. The IOUs offer a proscribed amount of MWs every ReMAT program period to developers in the program queue. Consistent with the goals behind a feed-in-tariff, this is to allow for the "capture" of decreasing prices due to technological advancements or other cost declines. If the entire program capacity were made available in the first few months, it could be fully subscribed at rates that cannot take advantage of price decreases over time.

30. For PG&E and SCE, the proscribed amount is five MWs and for SDG&E the amount is three MWs. Each ReMAT program period is two months in duration. Program periods occur continuously until 24 months after one of the IOU's product categories reaches zero. This permits the MWs from terminated projects to be put back in the program for up to a two year period.

31. Once in the program queue, developers have the option every period to execute a ReMAT contract at the price offered. If the developer elects to take the offered price and is at the front or near the front of the queue, the IOU and the developer will execute a contract. For example if there are five developers each with three MW projects in either the PG&E or SCE service area, and they are all willing to

accept the offered price, only the project that is first in line is able to execute a contract. The second developer is not able to execute a contract because doing so would total six MWs and only five MWs is allowed to be executed per program period. Alternatively, the first four developers in line could choose to not strike at the offered price, but the fifth in line is willing and then that developer is able to execute a ReMAT contract. Developers are able to remain in the IOU's ReMAT program queue and maintain their queue position as long as the developer maintains its eligibility.

32. The resulting ReMAT contract is a long-term contract of 10, 15, or 20 years. It is considered an "all in" fixed price contract because the price is fixed for the entire length of the contract, with an all in or combined capacity, energy, and renewable energy credit payment based on the offered price, which is adjusted by time-of-delivery ("TOD") factors that are based on the time of year and time of day the electricity is generated. For instance, if a solar facility provides electricity at 4:00 PM during the summer, the amount paid could be one and a half (1.5) times the contract price because the electricity is being provided at high energy demand time of year and time of day. See the attached Exhibit 1 for an excerpt from PG&E's standard ReMAT contract that shows the TOD periods and factors that apply to energy and capacity payments for generators in PG&E's service area.

33. The ReMAT contract price does not include any price calculations based on forecasts of fuel or market prices.

34. The advantage of a long-term, all in, fixed price contract is that a developer is able to receive a known payment stream over the life of the contract, with only the amount of generation being a potentially unknown variable for the developer.

35. Once the contract is executed, the developer has 24 months to reach commercial operation. Under certain circumstances, the IOU may allow a six month extension. If the commercial operation date is not met, then the contract is

terminated. The contract's MWs are then added back into the program's available MWs for the same product category in the next program period. For example, if a developer with a three MW solar photovoltaic facility has a contract in the as-available peaking product category and fails to meet the commercial operation requirement, then the three MWs are added back to that product category for the next occurring program period.

## Why is there a requirement in ReMAT that a project be developed in two years?

36. The ReMAT provisions allowing for a two year development window and potential termination if requirements are not met provide a balance between allowing newer, less experienced market participants to mature and develop projects, while preventing projects unable to come on line to linger and potentially take away opportunities for other developers.

## How is the ReMAT offer price determined and how does the price adjustment mechanism work?

37. The ReMAT price represents an "all-in" price for all of the electricity, resource adequacy, and renewable energy credits procured by the IOU from a ReMAT generator.

38. The starting offer price for the first ReMAT auction was $89.23/MWh (pre-TOD adjustments). The Commission established this price based on the most recent Renewable Auction Mechanism solicitation at the time of the ReMAT program's adoption.[8]

39. $89.23/ MWh was the weighted average of each of the IOUs' highest priced executed Renewable Auction Mechanism contracts. This price was determined to be a reasonable starting offer price because the Renewable Auction Mechanism

---

[8] *See* D.12-05-035, pp. 2-3.

solicitation was a recent solicitation for comparable renewable distributed generation products. That is, the starting price was based on quantifiable utility avoided costs based on a solicitation that targeted the same product - renewable, wholesale distributed generation energy projects.

40. In order to account for changes in generator interest and costs to construct and operate generation facilities – in other words, market supply signals - the ReMAT price offered each two month program period may be adjusted in $4/MWh to $12/MWh increments up or down based on the outcome and price adjustments of the previous program periods.

41. For the ReMAT price to increase, two conditions must be met which are a proxy for <u>reduced</u> market supply:

    a. There must be at least five unaffiliated projects in the IOU's product category queue; and

    b. The total capacity of the price accepting project applicants is < 20% of the capacity allocation in that period.

In other words, when there is decreased generator interest in accepting the offer price, so the price is adjusted upward by $4/MWh to encourage more generators to enter the market.

42. For the ReMAT price to decrease, similar conditions must be met that are a proxy for <u>increased</u> market supply:

    a. There must be at least five unaffiliated projects in the IOU's product category queue; and

    b. The total capacity of the price accepting project applicants is ≥ 100% of the capacity allocation in that period.

In other words, when more generators are willing to sell at the offer price, it is adjusted downwards so that ratepayers can benefit from what appear to be increased supply and falling prices, as reflected by the ReMAT market signals.

43. If the two conditions for either increasing or decreasing the price do not exist, then the price stays the same for the next program period.

44. For example, for PG&E, assuming that there are five unaffiliated projects in a product category queue the adjustments (or no adjustments) occur when:

| Subscription* for ReMAT Program Period | ReMAT Price Adjustment |
|---|---|
| < 20% (0 to 0.9 MW) | Price increases |
| 20% to 99% (1 to 4.9 MW) | No price adjustment |
| ≥100% (5.0 MW) | Price decreases |

*Subscription % = Total MWs that execute contract divided by the MWs available per program period.

45. While the price adjustments start with $4/MWh increments, the adjustment increases to $8/MWh if there are two consecutive periods that meet the two conditions described above. If there are three consecutive periods that again meet the adjustment requirements, then the price adjusts by $12/MWh. The adjustment is capped at $12/MWh. If a contract is executed, then the adjustment amount is reset at $4/MWh. For example, if after a $12/MWh adjustment occurs a contract is executed, the next price adjustment, if conditions are met, is $4/MWh.

46. This adjustment component of the ReMAT program ensures that IOUs are not entering into contracts on their ratepayers' behalf that are higher than the market price, while also not setting a price that is lower than what the market will bear. For instance, the price of renewable energy has decreased significantly over time as shown in Figure 1 below, and if the ReMAT price did not adjust, IOU ratepayers could be paying for renewable energy at significantly higher rates than the market price. Alternatively, a developer's costs could increase due to decreases in federal tax credits or increases in material and labor costs. In that

instance, if the ReMAT price could not adjust, a developer would not be able to participate in the ReMAT program.

**Figure 1 - Average Offtake Price for Wind and Solar Power Purchase Agreements By Contract Signing Date[2]**



Source: *Bloomberg New Energy Finance, FERC EQRs*

47.    Thus, ReMAT was designed to adjust prices up or down based on market interest, as reflected in the ReMAT program periods. The pricing for each IOU and each product category adjusts independently. That is, Pacific Gas and Electric Company's as-available, peaking category adjusts independently from its as-available non-peaking category and independently from Southern California Edison's as-available peaking category.

48.    Further, as explained above, the ReMAT contracts are fixed price contracts in that all of the price terms are established based on the program period price. ReMAT pricing adjustments do not affect previously executed contracts. Thus, the price

---

[2] UBS, US Solar and Alternative Energy: The Forecast For Wind And Solar Prospects, p. 5, Figure 3, *available at*  https://neo.ubs.com/shared/d1UrfjDXkws

adjustment mechanism ensures a project with an executed contract a steady revenue stream, but allows for program flexibility to reflect market changes, if and when they occur.

**As a general matter, is the specific contract price known at the time of ReMAT contract execution?**

49. While the contract price may be unknown when the developer or generator enters into a ReMAT program queue, the contract price and TOD factors *are* known at the time of contract execution and they do not change after contract execution.

**How has the ReMAT pricing changed since the program started?**

50. As shown in Figure 2 below, most of the price adjustments have occurred in the as-available peaking product category, which primarily reflects decreases in the costs of solar technologies. See Exhibit 2 for a list of PG&E's ReMAT contracts and their prices.

///

///

///

## Figure 2: ReMAT Contract Price per Product Category by IOU[10]



**How many MWs are under contract in the IOUs' Feed-in-Tariff program?**

51. The original feed-in-tariff program resulted in 190.95 MWs under contract. All but 0.25 MW are operating today.

52. As of February 1, 2017, there are 75.6 MWs under ReMAT contracts with 33.15 MWs online and the remaining amount is under development. The number of ReMAT projects and their status is shown in Table 1.

[10] IOUs' ReMAT program pages: PG&E: https://www.pge.com/en_US/for-our-business-partners/floating-pages/remat-feed-in-tariff/remat-feed-in-tariff.page; SCE: https://sceremat.accionpower.com/ReMAT/home.asp; SDG&E: http://www.sdge.com/sites/default/files/documents/831547442/SDG%26E%20ReMAT%20Project%20Detail_2017_01.xlsx?nid=9701

**Table 1: Number of ReMAT projects by Project Status by IOU[11]**

| Status | PG&E | SCE | SDG&E |
|---|---|---|---|
| ReMAT Online | 14 | 9 | 3 |
| ReMAT In Development | 16 | 8 | 0 |
| ReMAT Terminated | 11 | 12 | 5 |

53.  While there are a total of 266.55 MWs under feed-in-tariff contracts, a total of 227.05 MWs remain available to be procured in the ReMAT program.  Figure 3 shows the total feed-in-tariff program allocation and as well as contract type and status.  Tables 2 and 3 provide ReMAT-specific information regarding the amount contracted in each of the product categories by IOU. See Exhibit 2 for a full listing of PG&E's ReMAT contracts including their status.

**Figure 3: Total Feed-in-Tariff Program MW Allocation and Status[12]**



[11] *Ibid.*

[12] *Ibid.*

**Table 2: ReMAT Contracted Capacity (MW) by Product Category and IOU[13]**

| Product Category | PG&E | SCE | SDG&E |
|---|---|---|---|
| As-Available Peaking (e.g., solar) | 22.51 | 25.65 | 5.33 |
| As-Available Non-peaking (e.g., wind) | 13.30 | 5.70 | 0.00 |
| Baseload (e.g., geothermal) | 0.85 | 0.00 | 2.25 |
| Total | 36.66 | 31.35 | 7.58 |

**Table 3: Number of ReMAT projects (both online and in development) by Product Category and IOU[14]**

| Product Category | PG&E | SCE | SDG&E |
|---|---|---|---|
| As-Available Peaking (e.g., solar) | 15 | 11 | 2 |
| As-Available Non-peaking (e.g., wind) | 15 | 6 | 0 |
| Baseload (e.g., geothermal) | 1 | 0 | 1 |
| Total | 31 | 17 | 3 |

54.     Information about the IOUs' ReMAT programs is available on their websites. Information from PG&E's ReMAT website shows that at the end of program period 19 (Nov 1-Dec 31, 2016), PG&E had 35.7 MW remaining in the As-Available Peaking category, which is the lowest amount for all three product categories.[15] Table 4 shows the remaining ReMAT capacity for all IOUs. Assuming that PG&E signs contracts for the full five MW per program period and no new terminations occur prior to reaching project operation, which would result in capacity being added back to the product category, the soonest that PG&E could

---

[13] *Ibid.*

[14] *Ibid.*

[15] https://pge.accionpower.com/ReMAT/home.asp.

deplete the remaining 35.7 MW and close this part of the program would be April 2020, which is 24 months after 8 program periods.

**Table 4: Remaining ReMAT Capacity (MW) by Product Category and by IOU[16]**

| Product Category | PG&E | SCE | SDG&E |
|---|---|---|---|
| As-Available Peaking (e.g., solar) | 35.7 | 13.5 | 4.2 |
| As-Available Non-peaking (e.g., wind) | 36.3 | 40.6 | 9.5 |
| Baseload (e.g., geothermal) | 50.0 | 45.2 | 7.3 |

**Please describe some of the Commission's Other renewable energy programs.**

55.     Several other programs besides ReMAT have resulted in installed renewable generation.  For example, over 4,800 MW of solar resources have been installed at more than 625,000 sites though the California Solar Initiative, also known as the "CSI," as shown in Figure 4 below.

///

///

///

---

[16] IOUs' ReMAT program pages: PG&E: https://www.pge.com/en_US/for-our-business-partners/floating-pages/remat-feed-in-tariff/remat-feed-in-tariff.page; SCE: https://sceremat.accionpower.com/ReMAT/home.asp; SDG&E: http://www.sdge.com/sites/default/files/documents/831547442/SDG%26E%20ReMAT%20Project%20Detail_2017_01.xlsx?nid=9701



**Figure 4: CSI Installed Capacity**[17]

56. Customer solar installations have continued to increase, largely without rebate incentives, demonstrating that the CSI program has substantially achieved its objective of stimulating widespread adoption of solar energy and creating a self-sustaining market.[18]

57. As the 2016 Annual Program Assessment reports, the significant demand for solar energy created by California energy policies, and developments in the technology, have resulted in significant cost savings to consumers. Between the last quarter of 2008 and the last quarter of 2014, the average cost of installed residential systems decreased 53 percent from $10.87 per watt to $5.14 per watt, and the average cost

---

[17] California Solar Statistics: https://www.californiasolarstatistics.ca.gov/data_downloads/

[18] The 2016 Annual Program Assessment report is available on the CPUC's website at: www.**cpuc.ca**.gov/uploadedFiles/**CPUC**.../**2016**%20CSI%20APA%20FINAL.pdf

of installed non-residential solar system costs decreased 62 percent from $10.30 per watt to $3.93 per watt.[19]

58. The vast majority of solar MWs in the CSI are enrolled in NEM tariffs, established under Public Utilities Code § 2827. The NEM 1.0 program supports onsite solar installations (e.g. rooftop solar) up to 1 MW in capacity designed to offset a portion, or all, of the customer's electrical load. CSI program participants are eligible for utility interconnection and NEM tariffs that facilitate solar by allowing solar customers to feed limited amounts of excess electricity into the grid. As with the California feed-in-tariff, the NEM tariff has gone through a revision. NEM 2.0 will go into effect for all IOUs by July 1, 2017. The NEM 2.0 tariff was adopted by the Commission on January 28, 2016 and among other things allows projects larger than 1 MW to participate.

59. Under NEM, customers receive a bill credit (in dollars) based on the full retail rate (including generation, transmission, and distribution rate components) for any excess generation (in kWh) that is exported back to the grid. In periods when a customer's bill is negative (because the value of the energy produced by the distributed generation facility exceeds the value of the energy consumed on site), the negative balance is carried forward up to one year, at which point customers may elect to receive net surplus compensation for any electricity produced in excess of on-site load, or apply the net surplus compensation credit towards future consumption. For NEM 2.0 tariff offers customers a credit on their annual energy bill at the customer's full retail rate for every kWh exported to the grid, but requires customers to pay nonbypassable charges on every kWh of energy the customer consumes from the grid, whereas NEM 1.0 customers only had to pay nonbypassable charges on kWh consumed from the grid net of exports from their distributed generation system. Some solar projects, especially those that are

---

[19] *Id.*, p. 10.

unlikely to export generation to the electric grid, opt to take utility service under a non-NEM tariff. Table 2 shows the total solar interconnections compared to the number of interconnected systems on solar NEM tariffs in IOU territories. Only 281 MW, or 7 percent, of customer-sited solar capacity in the state does not take service under a NEM tariff.[20]

I Cheryl Lee, declare under penalty of perjury that the foregoing report is true and correct to the best of my knowledge.

Executed this 24th day of February, 2017.

Cheryl Lee
Program and Project Supervisor
California Public Utilities Commission

---

[20] *Id.,* pp. 20-21.

# Exhibit 1

## Excerpt From PG&E ReMAT Power Purchase Agreement

 *Pacific Gas and Electric Company*

### RENEWABLE MARKET ADJUSTING TARIFF POWER PURCHASE AGREEMENT
### APPENDIX C - TIME OF DELIVERY PERIODS AND PAYMENT ALLOCATION FACTORS

## Appendix C – Time of Delivery Periods and Payment Allocation Factors

**Energy-Only Payment Allocation Factors**

| Monthly Period | Peak | Mid-Day | Night |
|---|---|---|---|
| Jul – Sep | 1.479 | 0.604 | 1.087 |
| Oct – Feb | 1.399 | 0.718 | 1.122 |
| Mar – Jun | 1.270 | 0.280 | 1.040 |

**Full Capacity Deliverability Payment Allocation Factors**

| Monthly Period | Peak | Mid-Day | Night |
|---|---|---|---|
| Jul – Sep | 1.479 | 0.604 | 1.087 |
| Oct – Feb | 1.399 | 0.718 | 1.122 |
| Mar – Jun | 1.270 | 0.280 | 1.040 |

Definitions:

1. Peak = HE (Hours Ending) 17 – 22 (Pacific Prevailing Time (PPT)) all days in the applicable Monthly Period.
2. Mid-Day = HE 10 – 16 PPT all days in the applicable Monthly Period.
3. Night = HE 23 – 09 PPT all days in the applicable Monthly Period.

# Exhibit 2
# PG&E's 10 Day ReMAT Report (2/3/2017)[21]

| Program Period | Contract Effective Date | Seller Name/Project Name | Rt PPA (Not Provided or Rated? and pages) | Status (On-Schedule, Delayed, Operational, Terminated) | IOU | Contract Capacity (MW) | Expected Conversion (GWh/yr) | Technology | Vintage | Contract Term (years) | Location (City and County) | Contracted Commercial Operation Date (COD) | Actual Commercial Operation Date (COD) | 6-Month Regulatory Delay (Y/N) | Reason for Regulatory Delay (Site, Permit, Interconnection, Transmission) | Interconnection Agreement Signed (Y/N) | Interconnection Agreement Application Completed (Y/N) | Stage in Interconnection Process (Study, Agreement, Construction, Complete) | Full Buy/Sell or Excess Sales | Product Category (Baseload, As-Available Peaking, As-Available Non-Peaking) | Full Capacity Deliverability Status (FCDS) or Energy Only | Price per MWh (PG&E addition) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/20/2013 | Ken Link / Digger Creek Hydro | | Operational | PG&E | 0.65 | 3.500 | Hydro, Small | Existing | 10 | Manton, Tehama | 12/20/2013 | 7/1/2014 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Shattervic Utilities, LLC / Cabin Flat | | Operational | PG&E | 0.3 | 1.100 | Hydro, Small | Existing | 15 | Burnt Ranch, Trinity | 12/20/2015 | 4/17/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Shattervic Utilities, LLC / Cover Leaf | | Operational | PG&E | 0.2 | 0.980 | Hydro, Small | Existing | 15 | Elk Run, Shasta | 12/10/2013 | 4/15/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Cypress / M McEwoen / McEwoen Hydroelectric Facility | | Operational | PG&E | 0.356 | 1.448 | Hydro, Small | Existing | 15 | Potter Valley, Mendocino | 12/20/2013 | 3/18/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Vista Corporation / Clover Flat LF6 | | Operational | PG&E | 0.846 | 5.767 | Biogas Conversion | New | 10 | Calistoga, Napa | 12/20/2013 | 7/7/2014 | N | N/A | Y | | IA | Full Buy/Sell | Baseload | Energy Only | $89.23 |
| 1 | 12/20/2013 | Sun Karsma Solar, LLC / NDP3 | | Operational | PG&E | 1.5 | 2.480 | Solar Photovoltaic | New | 20 | Dos Palos, Merced | 12/26/2015 | 5/28/2015 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Putah Creek Solar Farms, LLC / Putah Creek Solar Farms | | Operational | PG&E | 2 | 4.325 | Solar Photovoltaic | New | 20 | Winters, Yolo | 12/20/2015 | 12/23/2014 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $85.23 |
| 1 | 12/20/2013 | Salmon Creek Hydroelectric Company, LLC / Salmon Creek Hydroelectric Project | | Operational | PG&E | 0.52 | 2.290 | Hydro, Small | Existing | 20 | Sierra City, Sierra | 12/20/2013 | 12/3/2014 | N | N/A | Y | | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/24/2013 | Salen Station Associates, L.P. / Salen Creek Hydroelectric Project | | Operational | PG&E | 1.495 | 6.720 | Hydro, Small | Existing | 20 | Sedgeville, Humboldt | 12/29/2015 | 11/6/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/26/2013 | Water Wheel Ranch / Water Wheel Ranch | | Operational | PG&E | 0.975 | 3.089 | Hydro, Small | Existing | 15 | Round Mountain, Shasta | 12/26/2015 | 4/1/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 2 | 2/28/2014 | River Power & Energy LLC (SB32) / Peterson RE Solar I | | Terminated | PG&E | 2 | 3.417 | Solar Photovoltaic | New | 20 | Winters, Kern | 8/26/2016 | | Y | Transmission | | | IA | Full Buy/Sell | As Available Peaking | Energy Only | $85.23 |
| 2 | 2/28/2014 | Pristine Sun Fund 6, LLC / RSA3 Solar | | Terminated | PG&E | 1.75 | 3.272 | Solar Photovoltaic | New | 20 | Auberry, Fresno | 8/29/2016 | | Y | Interconnection | | | IA | Full Buy/Sell | As Available Peaking | Energy Only | $89.23 |
| 2 | 2/28/2014 | Mill & Sulphur Creek Power Plant LP / Mill Sulphur Creek Project | | Operational | PG&E | 0.995 | 2.650 | Hydro, Small | Existing | 20 | Sthumans, Humboldt | 2/28/2016 | 1/1/2015 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $80.23 |
| 3 | 5/1/2014 | NLP Putah Ranch G23, LLC / NLP Putah Ranch G26, LLC | | Operational | PG&E | 3 | 6.145 | Solar Photovoltaic | New | 20 | Bradley, Monterey | 5/6/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $77.23 |
| 3 | 4/29/2014 | Greenjury, C43, LLC / 3134 Gruber | | Terminated | PG&E | 1.5 | 3.407 | Solar Photovoltaic | New | 20 | Oxland, Glenn | 4/29/2016 | 1/23/2016 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $77.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1980 (Madera Chowchilla) | | Operational | PG&E | 0.428 | 1.005 | Hydro, Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 8/1/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1023 (Madera Chowchilla) | | Operational | PG&E | 0.916 | 2.078 | Hydro, Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 7/19/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $80.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 989 (Madera Chowchilla) | | Operational | PG&E | 0.503 | 2.385 | Hydro, Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 8/1/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 989 (Madera Chowchilla) | | Operational | AGM | 1.895 | 7.098 | Hydro, Small | Existing | 15 | Madera, Madera | 6/27/2016 | 6/14/2015 | N | N/A | Y | Y | | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | NTK Land and Energy Advisors / 3A Energy Woodland | | Terminated | PG&E | 0.500 | 0.606 | Solar Photovoltaic | New | 20 | Woodland, Yolo | 6/27/2016 | | N | N/A | Y | | IA | Full Buy/Sell | As Available Peaking | Energy Only | $66.23 |
| 4 | 6/27/2014 | GASNA REP, LLC ("Camden FIT 1") / Camden 1 | | Terminated | PG&E | 2.000 | 4.257 | Solar Photovoltaic | New | 20 | Riverdale, Fresno | 6/27/2016 | | N | N/A | Y | | Supplemental Review | Full Buy/Sell | As Available Peaking | Energy Only | $66.23 |
| 4 | 6/27/2014 | GASNA REP, LLC / Gustine 1 | | Terminated | PG&E | 2.000 | 4.136 | Solar Photovoltaic | New | 20 | Gustine, Merced | 6/27/2016 | | N | N/A | Y | | Supplemental Review | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 4 | 6/27/2014 | Pristine Sun Fund 6, LLC / ZR25 Kart | | Operational | PG&E | 0.500 | 0.994 | Solar Photovoltaic | New | 20 | Corning, Tehama | 12/27/2016 | 12/16/2016 | Y | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 6 | 10/26/2014 | Pristine Power LLC / 2241 Alani | | Terminated | PG&E | 2.1 | 5.117 | Solar Photovoltaic | New | 20 | Rio Vista, Solano | 10/26/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 6 | 10/26/2014 | Pristine Power LLC / 2275 Holbrook | | Delayed | PG&E | 3.03 | 4.109 | Solar Photovoltaic | New | 20 | Stratford, Kings | 10/26/2016 | | N | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 9 | 3/11/2015 | Rock Creek, L.P. / Rock Creek | | On-Schedule | PG&E | 1.796 | 6.104 | Hydro, Small | Existing | 20 | Meyersville, El Dorado | 3/11/2017 | | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 9 | 3/11/2015 | Pristine Sun Fund 2, LLC / 3042 Beserar | | On-Schedule | PG&E | 1.25 | 2.508 | Solar Photovoltaic | New | 20 | Lakeport, Lake | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Non Peaking | Energy Only | $57.23 |
| 9 | 3/11/2015 | Pristine Sun Fund 2, LLC / 3105 Gentry | | On-Schedule | PG&E | 2.3 | 5.197 | Solar Photovoltaic | New | 20 | Lincoln, Placer | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Non Peaking | Energy Only | $57.23 |
| 9 | 3/11/2015 | Pristine Sun Fund 2, LLC / 3207 Campbell | | On-Schedule | PG&E | 0.75 | 1.081 | Solar Photovoltaic | New | 20 | Orland, Glenn | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Non Peaking | Energy Only | $57.23 |
| 9 | 3/11/2015 | Pristine Sun Fund 2, LLC / 2273 McCall | | Terminated | PG&E | 0.9 | 1.694 | Solar Photovoltaic | New | 20 | Denton, Yuba | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Non Peaking | Energy Only | $57.23 |
| 10 | 7/2/2015 | Lassen Station Hydroelectric, LP / Lassen Station Hydro | | On-Schedule | PG&E | 0.995 | 3.439 | Hydro, Small | Existing | 20 | Piaga, Butte | 7/1/2017 | 6/8/2016 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 10 | 7/2/2015 | Goose Valley Farming LLC / Goose Valley Hydro | | Operational | PG&E | 0.28 | 0.795 | Hydro, Small | Existing | 20 | Burney, Shasta | 7/2/2017 | 11/11/2016 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 11 | 9/15/2015 | Enfinity CAFIT 1 Landowener LLC / Oak Leaf Solar 8 | | Terminated | PG&E | 3 | 7.488 | Solar Photovoltaic | New | 20 | Lemoore, Kings | 9/15/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Full deliverability | $63.23 |
| 11 | 9/15/2015 | Green Light Energy Corporation / Merced 2 | | Terminated | PG&E | 1.5 | 3.303 | Solar Photovoltaic | New | 20 | Dos Palos, Merced | 9/15/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Full deliverability | $63.23 |
| 12 | 11/17/2015 | Pristine Sun Fund 2, LLC / 2124 Lowell | | Terminated | PG&E | 0.813 | 1.949 | Solar Photovoltaic | New | 20 | Orland, Glenn | 11/17/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 12 | 12/21/2015 | Pristine Sun Fund 2, LLC / 2265 Caughran | | Terminated | PG&E | 1.62 | 4.298 | Solar Photovoltaic | New | 20 | Loch, San Joaquin | 12/21/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 12 | 12/21/2015 | Pristine Sun Fund 2, LLC / 3267 Estrella | | Terminated | PG&E | 1.04 | 2.411 | Solar Photovoltaic | New | 20 | Reardley, Fresno | 12/21/2017 | | N | N/A | N | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 2, LLC / 3239 Leung | | On-Schedule | PG&E | 1.75 | 4.041 | Solar Photovoltaic | New | 20 | Glendale, Butte | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 2, LLC / 2261 Fisher | | On-Schedule | PG&E | 0.9 | 1.771 | Solar Photovoltaic | New | 20 | Jackson, Amador | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 2, LLC / 3207 Rochir | | On-Schedule | PG&E | 0.333 | 0.777 | Solar Photovoltaic | New | 20 | Anderson, Shasta | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 14 | 7/27/2016 | Yuba County Water Agency / Man Hydro | | Terminated | PG&E | 0.15 | 1.185 | Hydro, Small | Existing | 20 | Marysville, Yuba | 7/27/2018 | 9/30/2016 | N | N/A | Y | Y | QF Conversion | Excess Sale | Baseload | Energy Only | $89.23 |
| 14 | 8/22/2016 | Green Light Energy Corporation / Madera 1 | | On-Schedule | PG&E | 1.5 | 3.929 | Solar Photovoltaic | New | 20 | Chowchilla, Madera | 8/22/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Non Peaking | Energy Only | $61.23 |
| 17 | 10/24/2016 | Humboldt Bay Municipal Water District / Matthews Dam Hydro | | On-Schedule | PG&E | 3.35 | 6.2 | Hydro, Small | Existing | 20 | Kuth, Trinity | 10/24/2018 | | N | N/A | Auth, Trinity | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 19 | 1/13/2017 | Actachén Mountain Hydros, LLC / Actachén Mountain Hydro, LLC | | On-Schedule | PG&E | 0.325 | 0.5 | Hydro, Small | Existing | 15 | Plavina, Shasta | 1/8/2019 | | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $83.23 |
| 19 | 1/13/2017 | Emmerson Investments, LLC / Grasshopper Flat Hydroelectric Project | | On-Schedule | PG&E | 1.3 | 4.7 | Hydro, Small | Existing | 20 | Big Bend, Shasta | 12/19/2018 | | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $83.23 |

[21] https://pge.accionpower.com/ReMAT/doccheck.asp?doc_link=ReMAT/docs/FIT/2013/documents/c. PPAs Awarded/ReMAT10DayReportingRequirementPP19.2.xls

**EXHIBIT 2**

**SPREADSHEET FROM PG&E'S REMAT WEBSITE**

**AS OF APPROXIMATELY FEBRUARY 24, 2017**

| Program Period | Contract Effective Date | Seller Name/Project Name | Fit PPA (link provided on ReMAT webpage) | Status (On-Schedule, Delayed, Operational, Terminated) | IOU | Contract Capacity (MW) | Expected Generation (GWh/yr) | Technology | Vintage | Contract Term (years) | Location (City and County) | Contracted Commercial Operation Date (COD) | Actual Commercial Operation Date (COD) | 6-Month Regulatory Delay (Y/N) | Reason for Regulatory Delay (Site, Permit, Interconnection, Transmission) | Interconnection Agreement Signed (Y/N) | Interconnection Agreement Application Completed (Y/N) | Stage in Interconnection Process (Study, Agreement, Construction, Complete) | Full Buy/Sell or Excess Sales | Product Category (Baseload, As-Available Peaking, As-Available Non-Peaking) | Full Capacity Deliverability Status (FCDS) or Energy-Only* | Price per MWh (PG&E addition) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/20/2013 | Ken Link / Digger Creek Hydro | | Operational | PG&E | 0.65 | 3.500 | Hydro: Small | Existing | 10 | Manton, Tehama | 12/20/2015 | 7/3/2014 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Shamrock Utilities, LLC / Cedar Flat | | Operational | PG&E | 0.3 | 1.100 | Hydro: Small | Existing | 15 | Burnt Ranch, Trinity | 12/20/2015 | 4/17/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Shamrock Utilities, LLC / Clover Leaf | | Operational | PG&E | 0.2 | 0.800 | Hydro: Small | Existing | 15 | Oak Run, Shasta | 12/20/2015 | 4/15/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Eugene J M McFadden / McFadden Hydroelectric Facility | | Operational | PG&E | 0.356 | 1.446 | Hydro: Small | Existing | 20 | Potter Valley, Mendocino | 12/20/2015 | 3/19/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Vista Corporation / Clover Flat LFG | | Operational | PG&E | 0.848 | 5.747 | Biogas Generation | New | 10 | Calistoga, Napa | 12/20/2015 | 7/7/2014 | N | N/A | Y | Y | IA | Full Buy/Sell | Baseload | Energy Only | $89.23 |
| 1 | 12/20/2013 | Sun Harvest Solar, LLC / NDP1 | | Operational | PG&E | 1.5 | 2.692 | Solar Photovoltaic | New | 20 | Dos Palos, Merced | 12/20/2015 | 5/28/2015 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Putah Creek Solar Farms LLC / Putah Creek Solar Farms | | Operational | PG&E | 2 | 4.323 | Solar Photovoltaic | New | 20 | Winters, Yolo | 12/20/2015 | 12/23/2014 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Salmon Creek Hydroelectric Company, LLC / Salmon Creek Hydroelectric Project | | Operational | PG&E | 0.52 | 2.290 | Hydro: Small | Existing | 20 | Sierra City, Sierra | 12/20/2015 | 12/3/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Baker Station Associates, L.P. / Baker Creek Hydroelectric Project | | Operational | PG&E | 1.495 | 4.250 | Hydro: Small | Existing | 20 | Bridgeville, Humboldt | 12/20/2015 | 11/6/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Water Wheel Ranch / Water Wheel Ranch | | Operational | PG&E | 0.975 | 3.880 | Hydro: Small | Existing | 10 | Round Mountain, Shasta | 12/20/2015 | 4/1/2015 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 2 | 2/28/2014 | Rival Power & Energy LLC (S832) / Peterson Rd. Solar I | | Terminated | PG&E | 2 | 3.417 | Solar Photovoltaic | New | 20 | Wasco, Kern | 8/28/2016 | | Y | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $85.23 |
| 2 | 2/28/2014 | Pristine Sun Fund 6, LLC / RGA2 Solar | | Terminated | PG&E | 1.75 | 3.272 | Solar Photovoltaic | New | 20 | Auberry, Fresno | 8/28/2016 | | Y | Interconnection | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $85.23 |
| 2 | 2/28/2014 | Mill & Sulphur Creek Power Plant LP / Mill Sulphur Creek Project | | Operational | PG&E | 0.995 | 2.450 | Hydro: Small | Existing | 20 | Dinsmore, Humboldt | 2/28/2016 | 1/1/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 3 | 5/6/2014 | NLP Porter Ranch G18, LLC / NLP Porter Ranch G18, LLC | | Terminated | PG&E | 3 | 8.165 | Solar Photovoltaic | New | 20 | Bradley, Monterey | 5/6/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $77.23 |
| 3 | 4/29/2014 | Enerparc CA2, LLC / 2184 Gruber | | Operational | PG&E | 1.5 | 3.407 | Solar Photovoltaic | New | 20 | Orland, Glenn | 4/29/2016 | 3/23/2016 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $77.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1302 (Madera Chowchilla) | | Operational | PG&E | 0.424 | 1.005 | Hydro: Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 8/1/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1923 (Madera Chowchilla) | | Operational | PG&E | 0.916 | 2.878 | Hydro: Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 7/19/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1174 (Madera Chowchilla) | | Operational | PG&E | 0.563 | 2.380 | Hydro: Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 8/1/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 980 (Madera Chowchilla) | | Operational | PG&E | 1.835 | 7.008 | Hydro: Small | Existing | 15 | Madera, Madera | 6/27/2016 | 6/18/2015 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | NNN Land and Energy Advisors / 3N Energy Woodland | | Terminated | PG&E | 0.500 | 0.886 | Solar Photovoltaic | New | 20 | Woodland, Yolo | 6/27/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 4 | 6/27/2014 | GASNA 30P, LLC ("Camden FIT 1") / Camden 1 | | Terminated | PG&E | 2.000 | 4.357 | Solar Photovoltaic | New | 20 | Riverdale, Fresno | 6/27/2016 | | N | N/A | N | Y | Supplemental Review | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 4 | 6/27/2014 | GASNA 60P, LLC / Gustine 1 | | Terminated | PG&E | 2.000 | 4.196 | Solar Photovoltaic | New | 20 | Gustine, Merced | 6/27/2016 | | N | N/A | N | Y | Supplemental Review | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 4 | 6/27/2014 | Pristine Sun Fund 6, LLC / 2105 Hart | | Operational | PG&E | 0.500 | 0.994 | Solar Photovoltaic | New | 20 | Corning, Tehama | 12/27/2016 | 12/19/2016 | Y | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 6 | 10/20/2014 | Pristine Power LLC / 2241 Alavi | | Terminated | PG&E | 2.1 | 5.317 | Solar Photovoltaic | New | 20 | Rio Vista, Solano | 10/20/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 6 | 10/20/2014 | Pristine Power LLC / 2275 Hattesen | | Delayed | PG&E | 1.88 | 4.389 | Solar Photovoltaic | New | 20 | Stratford, Kings | 10/20/2016 | | N | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Rock Creek, L.P. / Rock Creek | | On-Schedule | PG&E | 2.796 | 6.324 | Hydro: Small | Existing | 20 | Placerville, El Dorado | 3/11/2017 | | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 2, LLC / 2042 Baldwin | | On-Schedule | PG&E | 1.25 | 2.908 | Solar Photovoltaic | New | 20 | Lakeport, Lake | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 2, LLC / 2245 Gentry | | On-Schedule | PG&E | 2.3 | 5.197 | Solar Photovoltaic | New | 20 | Lincoln, Placer | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 2, LLC / 2257 Campbell | | On-Schedule | PG&E | 0.75 | 1.691 | Solar Photovoltaic | New | 20 | Orland, Glenn | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 2, LLC / 2272 McCall | | Terminated | PG&E | 0.5 | 1.034 | Solar Photovoltaic | New | 20 | Dobbins, Yuba | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 10 | 7/2/2015 | Lassen Station Hydroelectric, LP / Lassen Station Hydro | | Operational | PG&E | 0.995 | 3.420 | Hydro: Small | Existing | 20 | Pulga, Butte | 7/2/2017 | 6/9/2016 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 10 | 7/2/2015 | Goose Valley Farming LLC / Goose Valley Hydro | | Operational | PG&E | 0.28 | 0.795 | Hydro: Small | Existing | 20 | Burney, Shasta | 7/2/2017 | 11/11/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 11 | 9/15/2015 | Enfinity CAFIT 1 Jacobscorner LLC / Oak Leaf Solar X | | Terminated | PG&E | 3 | 7.408 | Solar Photovoltaic | New | 20 | Lemoore, Kings | 9/15/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Full deliverability | $65.23 |
| 11 | 9/15/2015 | Green Light Energy Corporation / Merced 2 | | Terminated | PG&E | 1.5 | 3.301 | Solar Photovoltaic | New | 20 | Dos Palos, Merced | 9/15/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Full deliverability | $65.23 |
| 12 | 11/17/2015 | Pristine Sun Fund 2, LLC / 2126 Lovell | | Terminated | PG&E | 0.833 | 1.940 | Solar Photovoltaic | New | 20 | Orland, Glenn | 11/17/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 12 | 12/21/2015 | Pristine Sun Fund 2, LLC / 2265 Caughran | | Terminated | PG&E | 1.82 | 4.296 | Solar Photovoltaic | New | 20 | Lodi, San Joaquin | 12/21/2017 | | N | N/A | N | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 12 | 12/21/2015 | Pristine Sun Fund 2, LLC / 2267 Estrella | | Terminated | PG&E | 1.04 | 2.411 | Solar Photovoltaic | New | 20 | Reedley, Fresno | 12/21/2017 | | N | N/A | N | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 2, LLC / 2235 Leong | | On-Schedule | PG&E | 1.75 | 4.093 | Solar Photovoltaic | New | 20 | Oroville, Butte | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 2, LLC / 2243 Fuller | | Terminated | PG&E | 0.5 | 1.173 | Solar Photovoltaic | New | 20 | Jackson, Amador | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 2, LLC / 2207 Ritchie | | On-Schedule | PG&E | 0.333 | 0.777 | Solar Photovoltaic | New | 20 | Anderson, Shasta | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 14 | 7/27/2016 | Yuba County Water Agency / Mini Hydro | | Operational | PG&E | 0.15 | 1.183 | Hydro: Small | Existing | 15 | Camptonville, Yuba | 7/27/2018 | 9/30/2016 | N | N/A | Y | Y | QF Conversion | Excess Sale | Baseload | Energy Only | $89.23 |
| 14 | 4/22/2016 | Green Light Energy Corporation / Madera 1 | | On-Schedule | PG&E | 1.5 | 3.929 | Solar Photovoltaic | New | 20 | Chowchilla, Madera | 4/22/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $89.23 |
| 17 | 10/24/2016 | Humboldt Bay Municipal Water District / Matthews Dam Hydro | | On-Schedule | PG&E | 1.35 | 6.2 | Hydro: Small | Existing | 20 | Ruth, Trinity | 10/24/2018 | | N | N/A | N | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 19 | 1/9/2017 | Arbuckle Mountain Hydro, LLC/ Arbuckle Mountain Hydro, LLC | | On-Schedule | PG&E | 0.335 | 0.5 | Hydro: Small | Existing | 10 | Platina, Shasta | 1/9/2019 | | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 19 | 1/31/2017 | Emmerson Investments, LLC/ Grasshopper Flat Hydroelectric Project | | On-Schedule | PG&E | 1.1 | 4.7 | Hydro: Small | Existing | 20 | Big Bend, Shasta | 12/19/2018 | | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 19 | TBA | | | | | | | | | | | | | | | | | | | | | |

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, I electronically filed the following

document(s) with the Clerk of the Court for the United States District Court, Northern District

of California by using the CM/ECF system:

- **DECLARATION OF CHERYL LEE FOR DEFENDANTS COMMISSIONERS OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION IN SUPPORT OF DEFENDANTS' STATEMENT AS TO WHY GOOD CAUSE EXISTS TO REOPEN SUMMARY JUDGMENT PROCEEDINGS**

I certify that all participants in the case are registered CM/ECF users and that service

will be accomplished by the CM/ECF system.


/s/ ROSCELLA V. GONZALEZ
_____
Roscella V. Gonzalez