UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDING CREEK SOLAR LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL FLORIO, et al.,<br><br>    Defendants. | Case No. 3:13-cv-04934-JD<br><br>**ORDER RE POST-TRIAL SUBMISSIONS** |

The parties are directed to submit post-trial briefs not to exceed 25 pages answering these questions, along with any other discussion the parties would like the Court to consider:

1. Is the use of a single pricing formula or program under 18 C.F.R. § 292.304(d)(2)(i) and (d)(2)(ii) permissible under PURPA?
2. What pricing program or contract option available to Winding Creek, if any, meets the requirements of 18 C.F.R. § 292.304(d)(2)(ii)?
3. Is pricing under Re-MAT based on a utility's "avoided costs" and if so, how?
4. How are "avoided costs" defined and determined for purposes of 18 C.F.R. § 292.304(d)(2)?
5. What is the origin and purpose of the 5 MW bi-monthly cap under Re-MAT for PG&E, and how does that cap comply with or violate a utility's obligation to purchase all energy and capacity made available by QFs under PURPA?

The briefs should make clear citations to the trial transcript, in addition to any other evidence a party relies on. The parties should propose to the Court a mutually agreeable briefing

schedule. The opening briefs will be filed simultaneously, followed by responsive briefs not to exceed 15 pages also filed simultaneously. The Court does not believe reply briefs will be useful, and the parties should not file them.

In addition, the parties should file with the opening briefs, as a freestanding document, a separate statement of proposed findings of fact that are supported by clear and specific citations to sources in the record. Please do <u>not</u> submit proposed findings of law, and do <u>not</u> file a response to the other side's proposed findings of fact. To avoid any confusion, the proposed findings of fact are not an opportunity for further argument.

**IT IS SO ORDERED.**

Dated: April 6, 2017

JAMES DONATO
United States District Judge