JENNER & BLOCK LLP
MATTHEW PRICE (*pro hac vice*)
ISHAN BHABHA (*pro hac vice*)
1099 New York Avenue NW Suite 900
Washington, DC 20001
Telephone: (202) 639-6873
Facsimile: (202) 661-4802
mprice@jenner.com

*Attorneys for Plaintiff*

AROCLES AGUILAR, SBN 94753
HARVEY Y. MORRIS, SBN 87902
TRACI L. BONE, SBN 172580
CHRISTINE J. HAMMOND, SBN 206768
California Public Utilities Commission
505 Van Ness Avenue, Room 5138
San Francisco, CA 94102
Telephone: (415) 703-1086
Facsimile: (415) 703-4592
Email: hym@cpuc.ca.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDING CREEK SOLAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FLORIO, CATHERINE SANDOVAL, CARLA PETERMAN, MICHAEL PICKER, and LIANE RANDOLPH, in their official capacity as Commissioners of the California Public Utilities Commission,<br><br>Defendants. | Case No. 3:13-cv-04934-JD<br><br>**JOINT POST-TRIAL BRIEFING SCHEDULE**<br><br>Trial Date: April 4, 2017<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

| | |
|---|---|
| 1 | Pursuant to this Court's order, issued from the bench at the conclusion of the April 4, |
| 2 | 2017 trial, the parties agreed to submit simultaneously briefs no longer than 25 pages by May 19, |
| 3 | 2017. The briefs will contain proposed findings of fact and also address the five questions |
| 4 | identified by the Court at the conclusion of trial. The parties also agree to submit responsive |
| 5 | briefs no longer than 15 pages by June 2, 2017. |

Dated: April 10, 2017

*/s Matthew Price*
Matthew Price
Attorney for Plaintiff

*/s Traci Bone*
Traci Bone
Attorney for Defendants