UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDING CREEK SOLAR LLC, <br>     Plaintiff, <br> v. <br> MICHAEL PEEVEY, et al., <br>     Defendants. | Case No. 13-cv-04934-JD <br><br> **JUDGMENT** |

Pursuant to the Court's Findings of Fact and Conclusions of Law, and Order on Summary Judgment (Dkt. No. 161), the Court enters judgment under Federal Rule of Civil Procedure 58 for plaintiff Winding Creek Solar LLC and against defendants.

**IT IS SO ORDERED.**

Dated: December 7, 2017

JAMES DONATO
United States District Judge