JENNER & BLOCK LLP
MATTHEW PRICE (*pro hac vice*)
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6873
Facsimile: (202) 661-4802
mprice@jenner.com

THOMAS MELONE (*pro hac vice*)
MICHAEL MELONE (*pro hac vice)*
ALLCO RENEWABLE ENERGY LIMITED
1745 Broadway, 17th Floor
New York, NY 10019
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com
MJMelone@AllcoUS.com

*Attorneys for Plaintiff*

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3906
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Local Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDING CREEK SOLAR LLC, | Case No. C 13-04934 JD |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| MICHAEL PEEVEY, MICHAEL FLORIO, CATHERINE SANDOVAL, CARLA PETERMAN AND MICHAEL PICKER, in their official capacity as Commissioners of the California Public Utilities Commission, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Winding Creek Solar LLC ("Winding Creek") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following order and Judgment issued by the Honorable James Donato, United States District Court Judge:

1. Findings of Fact and Conclusions of Law, and Order on Summary Judgment entered on December 6, 2017 [Docket No. 161]; and

2. The final Judgment entered on December 7, 2017 [Docket No. 162].

Winding Creek appeals from the above-listed Order and Judgment to the extent that they limited the relief to which Winding Creek is entitled with respect to Count I of Winding Creek's June 25, 2014 Second Amended Complaint [Docket No. 61], by not putting Winding Creek in the position it would have occupied but for the Defendants' unlawful conduct.

Dated: December 22, 2017

/s/ Thomas Melone
Thomas Melone
ALLCO RENEWABLE ENERGY LIMITED
1745 Broadway, 17th Floor
New York, NY 10019
Tele: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com

*Attorney for Winding Creek Solar LLC*

**RULE 3-2 REPRESENTATION STATEMENT**

Plaintiff, Winding Creek Solar LLC, is represented by the following counsel:

JENNER & BLOCK LLP
Matthew Price
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6873
Facsimile: (202) 661-4802
mprice@jenner.com

Thomas Melone
Michael Melone
ALLCO RENEWABLE ENERGY LIMITED
1745 Broadway, 17th Floor
New York, NY 10019
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com
MJMelone@AllcoUS.com

*Attorneys for Plaintiff*

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
Jamie L. Dupree
Jaime G. Touchstone
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3906
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Local Attorneys for Plaintiff*

Defendants Michael Florio, Catherine Sandoval, Carla Peterman, Michael Picker and Liane Randolph are represented by the following counsel:

Arocles Aguilar
Harvey Y. Morris
Christine J. Hammond
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
hym@cpuc.ca.gov