**Form 1.** **Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the __Northern__

District of __California__

File Number __13-cv-04934-JD__

Winding Creek Solar LLC, )
    Plaintiff, )
)
)
v. )    Notice of Appeal
)
Michael Florio, et al., Defendants )

    Notice is hereby given that Clifford Rechtschaffen, Martha Guzman Aceves, Carla Peterman, Michael Picker, and Liane Randolph, in their official capacities as Commissioners of the California Public Utilities Commission, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from both the Judgment (entered in this action on the 7th day of December, 2017) and the Findings of Fact and Conclusions of Law and Order on Summary Judgment (entered in this action on the 6th day of December, 2017).

Dated: December 22, 2017

(s) *Christine J. Hammond*
Christine Jun Hammond
Attorney for the Defendants
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94012