# EXHIBIT 2

| Contract Effective Date | Seller Name/Project Name | FIT PPA Link to the ReMAT PPA can be found on the ReMAT web site | Status (On-Schedule, Delayed, Operational, Terminated) | IOU | Contract Capacity (MW) | Estimated Expected Generation (GWh/yr) | Technology | Vintage | Contract Term (years) | Location (City and County) | Contract Commercial Operation Date (COD) | Actual Commercial Operation Date (COD) | 6-Month Regulatory Delay (Y/N): Only for projects at 2 years | Reason for Regulatory Delay (Site, Permit, Interconnection, Transmission) | Interconnection Agreement Signed (Y/N) | Interconnection Agreement Application Completed (Y/N) | Stage in Interconnection Process (Study, Agreement, Construction, Complete) | Full Buy/Sell or Excess Sales | Product Category (Baseload, As-Available Peaking, As-Available Non-Peaking) | Full Capacity Deliverabilty Status (FCDS) or Energy-Only | Contract Price (MWh) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2013 | SunE CREST 4, LLC | | Terminated | SCE | 0.999 | 2.18 | Solar PV | New | 20 | Pinion Hills, San Bernardino | 6/30/2015 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $89.23 | Seller terminated PPA on 07/02/2014 |
| 12/10/2013 | Morgan Lancaster I, LLC | | Operational | SCE | 1.500 | 3.50 | Solar PV | New | 20 | Lancaster, Los Angeles County | 10/31/2014 | 9/30/2015 | | | Y | Y | Agreement Complete | Full | As-Available Peaking | Energy-Only | $89.23 | |
| 12/10/2013 | Calleguas Municipal Water District | | Delayed | SCE | 1.000 | 2.25 | Hydro | Existing | 20 | Camarillo, Ventura County | 12/1/2014 | 4/8/2016 | | CAISO testing | N | Y | Negotiating revised | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |
| 12/10/2013 | California Water Service Company | | Operational | SCE | 0.325 | 1.00 | Hydro | New | 20 | Rancho Palos Verdes, Los | 6/1/2014 | 12/11/2015 | | | Y | Y | Agreement Complete | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |
| 2/21/2014 | EDF Renewable Energy, Little Rock Pham | | Operational | SCE | 3.000 | 8.95 | Solar PV | New | 20 | Palmdale, Los Angeles County | 1/15/2016 | 12/29/2015 | | | Y | Y | Agreement Complete | Full | As-Available Peaking | Energy-Only | $85.23 | |
| 2/21/2014 | Ecos Energy, Utah-Mesa | | Terminated | SCE | 1.500 | 4.21 | Solar PV | New | 20 | 29 Palms, San Bernardino | 8/1/2015 | | | | N | N | Study Completed | Full | As-Available Peaking | Energy-Only | $85.23 | Terminated - project abandoned |
| 4/15/2014 | Adelanto Greenworks A LLC | | Not Executed | SCE | 2.000 | 0.00 | Solar PV | New | 20 | Victorville, San Bernardino | 12/4/2015 | | | | | | | | As-Available Peaking | Energy-Only | $77.23 | Seller did not execute a PPA - Withdrew |
| 5/8/2014 | Sinarpower Inc - Neenach Solar | | Terminated | SCE | 1.500 | 4.61 | Solar PV | New | 20 | Lancaster, Los Angeles County | 4/1/2016 | | | | N | N | Study Completed | Full | As-Available Peaking | Energy-Only | $77.23 | Terminated - failed to reach COD |
| 5/8/2014 | Apex Natural Renewable Generation, LLC | | Terminated | SCE | 0.499 | 1.15 | Solar PV | New | 20 | Exeter, Tulare County | 10/31/2014 | | | | N | N | Study Completed | Full | As-Available Peaking | Energy-Only | $77.23 | Terminated - failed to post collateral |
| 6/23/2014 | PVNavigator, LLC / PVN Milliken, LLC | | Operational | SCE | 3.000 | 6.00 | Solar PV | New | 20 | Ontario, San Bernardino | 12/1/2015 | 6/22/2017 | | | Y | Y | Agreement Complete | Full | As-Available Peaking | Energy-Only | $77.23 | |
| 11/3/2014 | US Topco Energy, Inc. | | Operational | SCE | 3.000 | 7.07 | Solar PV | New | 20 | Lancaster, Los Angeles County | 12/18/2016 | 4/28/2017 | | | N | N | Study Completed | Full | As-Available Peaking | Energy-Only | $81.23 | Estimated COD 3/31/17 |
| 11/3/2014 | SEPV18, LLC - FTS Master | | Operational | SCE | 2.000 | 6.40 | Solar PV | New | 20 | Palmdale, Los Angeles County | 11/30/2015 | 1/14/2016 | | | Y | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $81.23 | |
| 1/21/2015 | Desert Water Agency | | Operational | SCE | 1.000 | 7.40 | Hydro | Existing | 20 | Riverside, Riverside County | 4/11/2016 | 7/8/2016 | | | Y | Y | Agreement Complete | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |
| 2/24/2015 | Lancaster WAD B LLC | | Operational | SCE | 3.000 | 8.57 | Solar PV | New | 20 | Lancaster, Los Angeles County | 3/17/2017 | 4/21/2017 | | | Y | Y | Agreement Complete | Full | As-Available Peaking | Energy-Only | $77.23 | Amendment for COD |
| 5/7/2015 | SunEdison Origination 3, LLC | | Terminated | SCE | 1.500 | 4.26 | Solar PV | New | 20 | 29 Palms, San Bernardino | 11/15/2016 | | | | N | Y | Draft GIA | Full | As-Available Peaking | Energy-Only | $73.23 | Terminated - project abandoned |
| 5/7/2015 | Central Antelope Dry Ranch B | | Delayed | SCE | 3.000 | 8.06 | Solar PV | New | 20 | Lancaster, Los Angeles County | 8/31/2016 | | | | Y | Y | Agreement Complete | Full | As-Available Peaking | Energy-Only | $73.23 | Estimated 4/26/17 |
| 6/15/2015 | Ridgeline Power | | Not Executed | SCE | 0.374 | 0.00 | Rooftop Solar | New | 20 | Covina, Los Angeles County | 10/1/2015 | | | | N | N | Complete but updating | Full | As-Available Peaking | Energy-Only | $65.23 | Seller did not execute a PPA - Terminated |
| 7/22/2015 | Yavi Energy, LLC | | Operational | SCE | 3.000 | 5.62 | Wind | Existing | 15 | Palm Springs, Riverside County | 11/1/2015 | 3/1/2016 | | CAISO | Y | Y | Convert Rule 21-WDAT | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |
| 11/12/2015 | Calleguas Muni. Water Dist. - Santa Rosa | | Operational | SCE | 0.25 | 0.75 | Hydro | Existing | 20 | Camarillo, Ventura County | 7/1/2016 | 7/1/2016 | | | Y | Y | Convert Rule 21-WDAT | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |
| N/A | W Power, LLC | | Not Executed | SCE | 3.000 | 7.5 | Solar PV | New | 20 | Ducor, Tulare County | 12/31/2016 | | | | | | | Full | As-Available Peaking | Energy-Only | $69.23 | Seller did not execute a PPA - Withdrew |
| 12/16/2015 | Free Style Energy - Caliente Springs | | Delayed | SCE | 0.927 | 1.95 | Solar PV | New | 20 | Desert Hot Springs, Riverside | 12/1/2016 | | | | N | N | Study Completed | Full | As-Available Peaking | Energy-Only | $69.23 | Estimated 6/1/17 |
| 2/23/2016 | Walnut Valley Water District | | Operational | SCE | 0.125 | 0.98 | Hydro | Existing | 20 | Walnut, Los Angeles County | 8/4/2016 | 8/4/2016 | | | Y | Y | Agreement Complete | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |
| N/A | Lancaster Solar Works 2 | | Not Executed | SCE | 1.000 | 2.7 | Solar PV | New | 20 | Lancaster, Los Angeles County | 11/30/2016 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $69.23 | Seller withdrew PPA |
| N/A | Lancaster Solar Works 4 | | Terminated | SCE | 1.22 | 3.3 | Solar PV | New | 20 | Lancaster, Los Angeles County | 12/15/2016 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $69.23 | Terminated - failed to post collateral |
| N/A | Lancaster Solar Works 1 | | Not Executed | SCE | 1.500 | 4.0472 | Solar PV | New | 20 | Lancaster, Los Angeles County | 11/30/2016 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $69.23 | Seller withdrew PPA |
| 3/2/2016 | Milestone Wildomar, LLC | | Delayed | SCE | 1.224 | 2.1 | Solar PV | New | 20 | Wildomar, Riverside County | 10/20/2016 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $69.23 | Estimated 12/1/17 |
| 5/6/2016 | One Ten Partners, LLC | | Delayed | SCE | 2.000 | 6.25 | Solar PV | New | 20 | Palmdale, Los Angeles County | 12/15/2016 | | | | Y | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $69.23 | Estimated 6/1/17 |
| 5/6/2016 | AVS Phase 2, LLC | | On-Schedule | SCE | 3.000 | 7.68 | Solar PV | New | 20 | Lancaster, Los Angeles County | 4/11/2018 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $69.23 | |
| 8/11/2016 | Green Beanworks C, LLC | | On-Schedule | SCE | 3.000 | 8.48 | Solar PV | New | 20 | Palmdale, Los Angeles County | 6/1/2018 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $65.23 | |
| 8/11/2016 | Desert Water Agency | | On-Schedule | SCE | 0.350 | 2.29 | Hydro | Existing | 20 | White Water, Riverside County | 2/2/2018 | | | | Y | Y | Convert Rule 21-WDAT | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |
| N/A | Smoke Tree Wind, LLC | | Not Executed | SCE | 3.000 | 7.5 | Wind | Existing | 20 | Riverside, Riverside County | 5/1/2018 | | | | Y | Y | Convert Rule 21-WDAT | Full | As-Available Non-Peaking | Energy-Only | $89.23 | Seller withdrew PPA |
| 11/3/2016 | Green Beanworks D, LLC | | On-Schedule | SCE | 3.000 | 8.26 | Solar PV | New | 20 | Lancaster, Los Angeles County | 9/1/2018 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $57.23 | |
| 11/21/2016 | Enerparc Inc - Neenach Solar 1B South, LLC | | On-Schedule | SCE | 1.500 | 4.47 | Solar PV | New | 20 | Fairmont, Los Angeles County | 10/15/2018 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $45.23 | |
| 3/14/2017 | DeltaPro Energy, Inc. - MM Tulare, LLC | | Delayed | SCE | 1.500 | 11.39 | Biomethane Landfill Gas | Existing | 20 | Visalia, Tulare County | 3/1/2017 | | | Interconnection | Y | Y | Agreement Complete | Full | Baseload | Energy-Only | $89.23 | |
| N/A | Cycle Power Partners - Cycle Mogul Wind, LLC | | Not Executed | SCE | 3.000 | 8.68 | Wind | Existing | 20 | Tehachapi, Kern County | 6/1/2017 | | | | N | N | Agreement Complete | Full | As-Available Non-Peaking | Energy-Only | $89.23 | Seller deemed ineligible |
| 5/3/2017 | Green Beanworks B, LLC | | On-Schedule | SCE | 3.000 | 8.26 | Solar PV | New | 20 | Lancaster, Los Angeles County | 9/1/2018 | | | | Y | Y | Agreement Complete | Full | As-Available Peaking | Energy-Only | $45.23 | |
| 5/12/2017 | Bay Wa r.e. - CalCity Solar I, LLC | | On-Schedule | SCE | 3.000 | 8.57 | Solar PV | New | 20 | California City, Kern County | 12/31/2018 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $49.23 | |
| TBD | Hazel Solar Energy - Bolthouse Solar I | | On-Schedule | SCE | 3.000 | 8.68 | Solar PV | New | 20 | California City, Kern County | 9/25/2018 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $41.23 | |
| TBD | Tweety Capital - 5419 Lancaster Energy LLC | | On-Schedule | SCE | 3.000 | 8.48 | Solar PV | New | 20 | Lancaster, Los Angeles County | 10/31/2018 | | | | N | Y | Study Completed | Full | As-Available Peaking | Energy-Only | $37.23 | |
| TBD | Calleguas Muni Water District - Grandsen Hydro | | On-Schedule | SCE | 0.434 | 0.76 | Hydro | New | 20 | Moorpark Ventura | 4/23/2018 | | | | N | Y | Study Completed | Full | As-Available Non-Peaking | Energy-Only | $89.23 | |

60.243 MW  Peaking Contracts Awarded
12.484 MW  Non-Peaking Contracts Awarded
1.500 MW  Baseload Contracts Awarded
74.227 MW  Total Re-MAT Contracts Awarded

15.092 MW  Peaking Contracts Terminated or Not Executed
6.000 MW  Non-Peaking Contracts Terminated or Not Executed
0.000 MW  Baseload Contracts Terminated or Not Executed
21.092 MW  Total Re-MAT Contracts Terminated prior to COD