# EXHIBIT 3

| Program Period | Contract Effective Date | Seller Name/Project Name | Fit PPA (link provided on ReMAT webpage) | Status (On-Schedule, Delayed, Operational, Terminated) | IOU | Contract Capacity (MW) | Expected Generation (GWh/yr) | Technology | Vintage | Contract Term (years) | Location (City and County) | Contracted Commercial Operation Date (COD) | Actual Commercial Operation Date (COD) | 6-Month Regulatory Delay (Y/N) | Reason for Regulatory Delay (Site, Permit, Interconnection, Transmission) | Interconnection Agreement Signed (Y/N) | Interconnection Agreement Application Completed (Y/N) | Stage in Interconnection Process (Study, Agreement, Construction, Complete) | Full Buy/Sell or Excess Sales | Product Category (Baseload, As-Available Peaking, As-Available Non-Peaking) | Full Capacity Deliverabilty Status (FCDS) or Energy-Only* | Price per MWh (PG&E addition) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/20/2013 | Ken Link / Digger Creek Hydro | | Operational | PG&E | 0.65 | 3.500 | Hydro: Small | Existing | 10 | Manton, Tehama | 12/20/2015 | 7/3/2014 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Shamrock Utilities, LLC / Cedar Flat | | Operational | PG&E | 0.3 | 1.100 | Hydro: Small | Existing | 15 | Burnt Ranch, Trinity | 12/20/2015 | 4/17/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Shamrock Utilities, LLC / Clover Leaf | | Operational | PG&E | 0.2 | 0.800 | Hydro: Small | Existing | 15 | Oak Run, Shasta | 12/20/2015 | 4/15/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Eugene J M McFadden / McFadden Hydroelectric Facility | | Operational | PG&E | 0.356 | 1.446 | Hydro: Small | Existing | 20 | Potter Valley, Mendocino | 12/20/2015 | 3/19/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Vista Corporation / Clover Flat LFG | | Operational | PG&E | 0.848 | 5.747 | Biogas Generation | New | 10 | Calistoga, Napa | 12/20/2015 | 7/7/2014 | N | N/A | Y | Y | IA | Full Buy/Sell | Baseload | Energy Only | $89.23 |
| 1 | 12/20/2013 | Sun Harvest Solar, LLC / NDP1 | | Operational | PG&E | 1.5 | 2.692 | Solar Photovoltaic | New | 20 | Dos Palos, Merced | 12/20/2015 | 5/28/2015 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Putah Creek Solar Farms LLC / Putah Creek Solar Farms | | Operational | PG&E | 2 | 4.323 | Solar Photovoltaic | New | 20 | Winters, Yolo | 12/20/2015 | 12/23/2014 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Salmon Creek Hydroelectric Company, LLC / Salmon Creek Hydroelectric Project | | Operational | PG&E | 0.52 | 2.290 | Hydro: Small | Existing | 20 | Sierra City, Sierra | 12/20/2015 | 12/3/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Baker Station Associates, L.P. / Baker Creek Hydroelectric Project | | Operational | PG&E | 1.495 | 4.250 | Hydro: Small | Existing | 20 | Bridgeville, Humboldt | 12/20/2015 | 11/6/2014 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 1 | 12/20/2013 | Water Wheel Ranch / Water Wheel Ranch | | Operational | PG&E | 0.975 | 3.880 | Hydro: Small | Existing | 10 | Round Mountain, Shasta | 12/20/2015 | 4/1/2015 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 2 | 2/28/2014 | Rival Power & Energy LLC (SB32) / Peterson Rd. Solar I | | Terminated | PG&E | 2 | 3.417 | Solar Photovoltaic | New | 20 | Wasco, Kern | 8/28/2016 | | | Y | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $85.23 |
| 2 | 2/28/2014 | Pristine Sun Fund 6, LLC / RGA2 Solar | | Terminated | PG&E | 1.75 | 3.272 | Solar Photovoltaic | New | 20 | Auberry, Fresno | 8/28/2016 | | | Y | Interconnection | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $85.23 |
| 2 | 2/28/2014 | Mill & Sulphur Creek Power Plant LP / Mill Sulphur Creek Project | | Operational | PG&E | 0.995 | 2.450 | Hydro: Small | Existing | 20 | Dinsmore, Humboldt | 2/28/2016 | 1/1/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 3 | 5/6/2014 | NLP Porter Ranch G18, LLC / NLP Porter Ranch G18, LLC | | Operational | PG&E | 3 | 8.165 | Solar Photovoltaic | New | 20 | Bradley, Monterey | 5/6/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $77.23 |
| 3 | 4/29/2014 | Enerparc CA2, LLC / 2184 Gruber | | Operational | PG&E | 1.5 | 3.407 | Solar Photovoltaic | New | 20 | Orland, Glenn | 4/29/2016 | 3/23/2016 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $77.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1302 (Madera Chowchilla) | | Operational | PG&E | 0.424 | 1.005 | Hydro: Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 8/1/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1923 (Madera Chowchilla) | | Operational | PG&E | 0.916 | 2.878 | Hydro: Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 7/19/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 1174 (Madera Chowchilla) | | Operational | PG&E | 0.563 | 2.380 | Hydro: Small | Existing | 15 | Chowchilla, Madera | 12/27/2016 | 8/1/2016 | Y | Interconnection | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | Madera Chowchilla Water & Power Authority / Site 980 (Madera Chowchilla) | | Operational | PG&E | 1.835 | 7.008 | Hydro: Small | Existing | 15 | Madera, Madera | 6/27/2016 | 6/18/2015 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 4 | 6/27/2014 | NNN Land and Energy Advisors / 3N Energy Woodland | | Terminated | PG&E | 0.500 | 0.886 | Solar Photovoltaic | New | 20 | Woodland, Yolo | 6/27/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 4 | 6/27/2014 | GASNA 30P, LLC ("Camden FiT 1") / Camden 1 | | Terminated | PG&E | 2.000 | 4.357 | Solar Photovoltaic | New | 20 | Riverdale, Fresno | 6/27/2016 | | N | N/A | N | Y | Supplemental Review | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 4 | 6/27/2014 | GASNA 60P, LLC / Gustine 1 | | Terminated | PG&E | 2.000 | 4.196 | Solar Photovoltaic | New | 20 | Gustine, Merced | 6/27/2016 | | N | N/A | N | Y | Supplemental Review | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 4 | 6/27/2014 | Oroville Solar, LLC / 2105 Hart | | Operational | PG&E | 0.498 | 0.994 | Solar Photovoltaic | New | 20 | Corning, Tehama | 12/27/2016 | 12/19/2016 | Y | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $65.23 |
| 6 | 10/20/2014 | Pristine Power LLC / 2241 Alavi | | Terminated | PG&E | 2.1 | 5.317 | Solar Photovoltaic | New | 20 | Rio Vista, Solano | 10/20/2016 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 6 | 10/20/2014 | Pristine Sun Fund 6, LLC / 2275 Hattesen | | Terminated | PG&E | 1.88 | 4.389 | Solar Photovoltaic | New | 20 | Stratford, Kings | 4/20/2017 | | | Y | Transmission | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Rock Creek Hydro, LLC / Rock Creek | | Operational | PG&E | 2.796 | 6.324 | Hydro: Small | Existing | 20 | Placerville, El Dorado | 4/11/2017 | 3/30/2017 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 2, LLC / 2042 Baldwin | | Terminated | PG&E | 1.25 | 2.908 | Solar Photovoltaic | New | 20 | Lakeport, Lake | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 6, LLC / 2245 Gentry | | Terminated | PG&E | 2.3 | 5.197 | Solar Photovoltaic | New | 20 | Lincoln, Placer | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 8, LLC / 2257 Campbell | | Terminated | PG&E | 0.75 | 1.691 | Solar Photovoltaic | New | 20 | Orland, Glenn | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 8 | 3/11/2015 | Pristine Sun Fund 2, LLC / 2272 McCall | | Terminated | PG&E | 0.5 | 1.034 | Solar Photovoltaic | New | 20 | Dobbins, Yuba | 3/11/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $57.23 |
| 10 | 7/2/2015 | Lassen Station Hydroelectric, LP / Lassen Station Hydro | | Operational | PG&E | 0.995 | 3.420 | Hydro: Small | Existing | 20 | Pulga, Butte | 7/2/2017 | 6/9/2016 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 10 | 7/2/2015 | Goose Valley Farming LLC / Goose Valley Hydro | | Operational | PG&E | 0.28 | 0.795 | Hydro: Small | Existing | 20 | Burney, Shasta | 7/2/2017 | 11/11/2015 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 11 | 9/15/2015 | Enfinity CAFIT 1 jacobscorner LLC / Oak Leaf Solar X | | Terminated | PG&E | 3 | 7.408 | Solar Photovoltaic | New | 20 | Lemoore, Kings | 9/15/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Availble Peaking | Full deliverability | $65.23 |
| 11 | 9/15/2015 | Green Light Energy Corporation / Merced 2 | | Terminated | PG&E | 1.5 | 3.301 | Solar Photovoltaic | New | 20 | Dos Palos, Merced | 9/15/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Full deliverability | $65.23 |
| 12 | 11/17/2015 | Lodi Solar, LLC / 2126 Lovell | | Terminated | PG&E | 0.833 | 1.940 | Solar Photovoltaic | New | 20 | Orland, Glenn | 11/17/2017 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 12 | 12/21/2015 | Lodi Solar, LLC / 2265 Caughran | | Terminated | PG&E | 1.82 | 4.296 | Solar Photovoltaic | New | 20 | Lodi, San Joaquin | 12/21/2017 | | N | N/A | N | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 12 | 12/21/2015 | Pristine Sun Fund 6, LLC / 2267 Estrella | | Terminated | PG&E | 1.04 | 2.411 | Solar Photovoltaic | New | 20 | Reedley, Fresno | 12/21/2017 | | N | N/A | N | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 6, LLC / 2235 Leong | | On-Schedule | PG&E | 1.75 | 4.093 | Solar Photovoltaic | New | 20 | Oroville, Butte | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Lodi Solar, LLC / 2243 Fuller | | Terminated | PG&E | 0.5 | 1.173 | Solar Photovoltaic | New | 20 | Jackson, Amador | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 13 | 2/12/2016 | Pristine Sun Fund 6, LLC / 2207 Ritchie | | On-Schedule | PG&E | 0.333 | 0.777 | Solar Photovoltaic | New | 20 | Anderson, Shasta | 2/12/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 14 | 7/27/2016 | Yuba County Water Agency / Mini Hydro | | Operational | PG&E | 0.15 | 1.183 | Hydro: Small | Existing | 15 | Camptonville, Yuba | 7/27/2018 | 9/30/2016 | N | N/A | Y | Y | QF Conversion | Excess Sale | Baseload | Energy Only | $89.23 |
| 14 | 4/22/2016 | GL Madera, LLC / Madera 1 | | On-Schedule | PG&E | 1.5 | 3.929 | Solar Photovoltaic | New | 20 | Chowchilla, Madera | 4/22/2018 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 17 | 10/24/2016 | Humboldt Bay Municipal Water District / Matthews Dam Hydro | | Operational | PG&E | 1.35 | 6.2 | Hydro: Small | Existing | 20 | Ruth, Trinity | 10/24/2018 | 5/15/2017 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 19 | 1/9/2017 | Arbuckle Mountain Hydro, LLC/ Arbuckle Mountain Hydro LLC | | Operational | PG&E | 0.335 | 0.5 | Hydro: Small | Existing | 10 | Platina, Shasta | 1/9/2019 | 3/14/2017 | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Full deliverability | $89.23 |
| 19 | 1/31/2017 | Emmerson Investments, LLC/ Grasshopper Flat Hydroelectric Project | | On-Schedule | PG&E | 1.1 | 4.7 | Hydro: Small | Existing | 20 | Big Bend, Shasta | 1/31/2019 | | N | N/A | Y | Y | QF Conversion | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 19 | 3/8/2017 | Mega Renewables General Partnership / Silver Springs | | Operational | PG&E | 0.6 | 2.2 | Hydro: Small | Existing | 20 | Montgomery Creek, Shasta | 3/8/2019 | 8/15/2017 | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Non Peaking | Energy Only | $89.23 |
| 20 | 5/18/2017 | Western Grid Development, LLC / Eagle Solar | | On-Schedule | PG&E | 3 | 7.486 | Solar Photovoltaic | New | 20 | Taft, Kern | 5/18/2019 | | N | N/A | Y | Y | IA | Full Buy/Sell | As Available Peaking | Energy Only | $61.23 |
| 22 | 6/21/2017 | Shamrock Utilities, LLC / Sutters Mill Hydroelectric Plant | | Operational | PG&E | 0.13 | 0.9 | Hydro: Small | Existing | 20 | Shingletown, Shasta | 6/21/2019 | 10/17/2017 | N | N/A | Y | Y | QF Conversion | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |
| 22 | 7/21/2017 | Utica Water and Power Authority / Angels Powerhouse | | Operational | PG&E | 1 | 6.205 | Hydro: Small | Existing | 20 | Angels Camp, Calaveras | 7/21/2019 | 8/22/2017 | N | N/A | Y | Y | IA | Excess Sale | As Available Non Peaking | Energy Only | $89.23 |