UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 8, 2018                                              Judge: Hon. James Donato

Time: 18 Minutes

Case No.      **C-13-04934-JD**
Case Name     **Winding Creek Solar LLC v. California Public Utilities Commission**

Attorney(s) for Plaintiff(s):      Ishan Bhabha
Attorney(s) for Defendant(s):   Christine Hammond

Deputy Clerk: Lisa Clark

Court Reporter: Belle Ball

PROCEEDINGS

Motion to Stay - Held

NOTES AND ORDERS

The Court hears argument on the CPUC defendants' motion to stay. Dkt. No. 165. The Court takes the motion under submission and will issue a written order.

The Court advises the parties that it is inclined to deny the stay. The Court will, however, consider if jointly requested a carve-out for those declarants who have made specific representations of alleged harm in the absence of a stay. The Court directs the parties to meet and confer about the possibility of such a carve-out and to submit a joint statement on the issue by **February 15, 2018**.