GOODIN, MACBRIDE,
SQUERI & DAY, LLP
Robert A. Goodin, Bar No. 061302
Francine T. Radford, Bar No. 168269
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone:     (415) 392-7900
Facsimile:      (415) 398-4321
Email: rgoodin@goodinmacbride.com
Email: fradford@goodinmacbride.com

Attorneys for *Amici Curiae*
Solar Electric Solutions, LLC,
Poco Power, LLC, Division Solar LLC,
Kent Solar, LLC, and Fifth Avenue, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDING CREEK SOLAR LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FLORIO, CATHERINE SANDOVAL, CARLA PETERMAN, MICHAEL PICKER, and LIANE RANDOLPH, in their official capacities as Commissioners of the California Public Utilities Commission,<br><br>Defendants. | Case No.  13-cv-04934 JD<br><br>**[PROPOSED] BRIEF OF *AMICI CURIAE* REMAT DEVELOPERS REGARDING DEFENDANTS' URGENT MOTION TO STAY THE COURT'S ORDER AND JUDGMENT PENDING APPEAL**<br><br>Date:      March 22, 2018<br>Time:     10:00 a.m.<br>Judge:    Hon. Judge James Donato<br>Ctrm:     11 |

CASE NO: 13-CV-04934 JD

[PROPOSED] BRIEF OF AMICI CURIAE

Amici curiae is a group of developers (the "ReMAT Developers") in the CPUC Renewable Market Adjusting Tariff (ReMAT) program, namely:

- **Solar Electric Solutions, LLC**. Through its affiliate SEPV Sierra LLC, Solar Electric Solutions, LLC has an active program participation request (PPR) with Southern California Edison Company (SCE) in the As-Available Peaking Category( PPR #372-2), and through its affiliate SEPV Cuyama LLC has an active PPR with Pacific Gas and Electric Company (PG&E) in the As-Available Peaking Category (PPR #265-3);
- **Poco Power, LLC** has an active PPR with PG&E in the As-Available Peaking Category (PPR # 225-1);
- **Division Solar LLC** has an active PPR with SCE in the As-Available Peaking Category (PPR #386-1);
- **Kent Solar, LLC** has s an active PPR with PG&E in the As-Available Peaking Category (PPR #278-1); and,
- **Fifth Avenue, LLC** has an active PPR with PG&E in the As-Available Peaking Category (PPR #279-1).

Each of the ReMAT Developers has a vested interest in the ReMAT program. Representatives of the ReMAT Developers attended the February 8, 2018 hearing on Defendant's Urgent Motion To Stay the Court's Order And Judgment Pending Appeal (Docket #165), by which Defendants sought to stay the Court's order enjoining the ReMAT program. At that hearing, there was discussion by the parties with the Court regarding entry into a stipulation, to be approved by the Court, by which the Court would permit a path forward for certain projects -- i.e., the projects as to which declarations of harm were appended to the Commission's Motion for Stay and its Reply -- to secure power purchase agreements under the ReMAT program. As the ReMAT Developers understand it, under such a stipulation, the ReMAT program would remain suspended as to all other participants.

Any order providing that only select projects - i.e., those projects which Defendants happened to bring to the Court's attention -- would unfairly discriminate against all other projects

1 which have been developed or are in the process of being developed for participation in the
2 ReMAT program.  These projects would suffer comparable harm to that of the declarants.  There
3 is no legally justifiable basis for affording relief to only a select few projects.  As Defendants
4 acknowledged in their Reply Re Motion to Stay, "the facilities [which are the subject of the
5 declarations] are by no means the universe of facilities affected by the Court's Order."  (Docket
6 #180, page 6, lines 2-3).

7 So that the Court's ruling is fully informed, it should be aware that the declarations of the
8 selected projects that were submitted to the Court were generated as the result of the request by a
9 Commission staff attorney to a consultant who approached the Commission on behalf of certain
10 clients.  It is not the case that a request for declarations was transmitted to all participants in the
11 ReMAT program. Had the Commission made such a request, other developers could and would
12 have prepared similar declarations demonstrating harm from the suspension of the ReMAT
13 program.   An example of such a declaration is attached hereto from one of the ReMAT
14 Developers (Solar Electric Solutions, LLC).  That this entity, and others, did not have the
15 opportunity to submit declarations to this court is not a basis to deny them relief.

16 The Commission has the duty to act equally on behalf of all participants in the ReMAT
17 program.  The ReMAT Developers therefore requested that defendants refrain from presenting a
18 proposal to the Court which would provide a remedy for the current injunction of the ReMAT
19 program to a handful of projects.  As stated above, there is no legally justifiable basis for such
20 discriminatory action.  To date, defendants have declined the ReMAT Developers' request to act
21 on their behalf, necessitating this brief.

22 Consequently, the ReMAT Developers seek to fully inform the Court of the injustice that
23 would be caused by providing a remedy for some participants in the ReMAT program while
24 ignoring the comparable harm being inflicted on the remaining participants. It would be
25 erroneous for the Court to proceed under the mistaken belief  that only certain selected enterprises
26 would suffer irreparable harm from enforcement of the Order and are therefore entitled to relief,
27 and *amici curiae* respectfully suggest that this is not the Court's intention.
28 ///

Dated: February 14, 2018               Respectfully submitted,

                                       GOODIN, MACBRIDE,
                                       SQUERI & DAY, LLP


                                       By:  */s/ Robert A. Goodin*
                                            Robert A. Goodin
                                            Attorneys for *Amici Curiae*
                                            Solar Electric Solutions, LLC,
                                            Poco Power, LLC, Division Solar LLC,
                                            Kent Solar, LLC, and Fifth Avenue, LLC

3619/001/X197359.v1

- 3 -                               CASE NO: 13-CV-04934 JD

[PROPOSED] BRIEF OF AMICI CURIAE