UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDING CREEK SOLAR LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL PEEVEY, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04934-JD<br><br>**ORDER RE AMICUS BRIEFS**<br>Re: Dkt. Nos. 183, 185 |

The requests for leave to file an amicus brief by the "ReMAT Developers" (Solar Electric Solutions, LLC; Poco Power, LLC; Division Solar LLC; Kent Solar, LLC; and Fifth Avenue, LLC), Dkt. No. 183, and the Utica Water and Power Authority, Dkt. No. 185, are denied. The proposed briefs do not provide the Court with information or a perspective on the issues not already provided by the parties. Consequently, the Court declines to consider them.

**IT IS SO ORDERED.**

Dated: March 16, 2018

JAMES DONATO
United States District Judge